# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: US v.s. CABRAL

FOR: 

AT: 

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): 

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 04-1705-CRS
District Court: 
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☒ Am Self-Employed
Name and address of employer: Roofer
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No
RECEIVED: _____   SOURCES: Roofer when work c. $450/wk
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____   DESCRIPTION: _____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ✓ SINGLE  ___ MARRIED  ___ WIDOWED  ___ SEPARATED OR DIVORCED
Total No. of Dependents: 4
List persons you actually support and your relationship to them: Children in Dominican Republic and one child of friend in U.S.

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Carlos Cabral