AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CARLOS CABRAL,
a/k/a "Carlos Estevez, "a/k/a "Victor Matos"

## WARRANT FOR ARREST

CASE NUMBER: 04-1705-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   CARLOS CABRAL, a/k/a "Carlos Estevez," a/k/a "Victor Matos"
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE (21 U.S.C. Section 841 (a)(1) 846)

in violation of Title   21   United States Code, Section(s)   846 and 841 (a)(1)

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

03-23-2004   Worcester, Massachusetts
Date and Location

Bail fixed at $ _____   by _____
                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   Pleasant St Worcester, MA

DATE RECEIVED

DATE OF ARREST   04-14-04

NAME AND TITLE OF ARRESTING OFFICER   Special Agent Joseph P. Burnett

SIGNATURE OF ARRESTING OFFICER   Joseph P. Burnett

This form was electronically produced by Elite Federal Forms, Inc.