O AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

United States

v.

Carlos Cabral

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1705-CBS

| PRESIDING JUDGE Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY Casey | DEFENDANT'S ATTORNEY Weinstein |
|---|---|---|
| TRIAL DATE (S) 4/26/04 | COURT REPORTER 11:40 A | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | | | | Agent Rodney Budrow |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 4/26/04 | X | X | Affidavit in support of criminal complaint |
| 2 | | 4/26/04 | X | X | Court Docket from Worcester Superior Court |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages