UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                         )<br>)<br>)<br>CARLOS CABRAL,               )<br>  a/k/a "Victor Matos,"     )<br>  a/k/a "Carlos Estevez,"   )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR No: 4:04CR40012-NMG<br>VIOLATIONS:<br><br>-21 U.S.C. § 846 -<br>Conspiracy To Distribute, And<br>Possess With Intent to<br>Distribute, Cocaine Base<br><br>-21 U.S.C. § 841(a)(1) -<br>Possession With Intent To<br>Distribute, and Distribution<br>of, Cocaine Base<br><br>-18 U.S.C. § 2 - Aiding and<br>Abetting<br><br>- 21 U.S.C. § 853<br>Criminal Forfeiture |

INDICTMENT

COUNT ONE:   (21 U.S.C. §841(a)(1) - Possession Of Cocaine Base With Intent To Distribute, and Distribution of, Cocaine Base;

The Grand Jury charges that:

On or about November 21, 2003, at Worcester, in the District of Massachusetts,

CARLOS CABRAL,
a/k/a "Victor Matos,"
a/k/a "Carlos Estevez,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

It is further alleged that this offense involved 5 grams or more of a mixture and substance containing a detectable amount of

cocaine base, also known as "crack," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO:     (21 U.S.C. §841(a)(1) - Possession With Intent To Distribute, and Distribution of, Cocaine Base; 18 U.S.C. §2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about January 21, 2004, at Worcester, in the District of Massachusetts,

> CARLOS CABRAL,
> a/k/a "Victor Matos,"
> a/k/a "Carlos Estevez,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

It is further alleged that this offense involved 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT THREE:   (21 U.S.C. §846 - Conspiracy To Distribute, and To Possess With Intent to Distribute Cocaine Base)

The Grand Jury further charges that:

On or about February 10, 2004, at Northbridge, Sutton and elsewhere in the District of Massachusetts,

>   CARLOS CABRAL,
>   a/k/a "Victor Matos,"
>   a/k/a "Carlos Estevez,"

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with Elys Garcia, a/k/a "Ellie", a/k/a "Maria Varga," and with other persons unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance.  Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 846.

COUNT FOUR:   (21 U.S.C. §841(a)(1) - Possession Of Cocaine Base
With Intent To Distribute, and Distribution of,
Cocaine Base; 18 U.S.C. §2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about February 10, 2004, at Northbridge, in the District of Massachusetts,

CARLOS CABRAL,
a/k/a "Victor Matos,"
a/k/a "Carlos Estevez,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

It is further alleged that this offense involved 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION
(21 U.S.C. §853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One through Four of this Indictment,

**CARLOS CABRAL,**
a/k/a "Victor Matos,"
a/k/a "Carlos Estevez,"

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant –

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
PAUL G. CASEY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; May 12, 2004. @ 5:10 pm

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
~~DEPUTY CLERK~~
US Magistrate Judge

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**
City: Worcester
County: Worcester

Category No. II
Investigating Agency: DEA

**Related Case Information:**
Superseding Ind./Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 04-1705-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name: CARLOS CABRAL            Juvenile: ☐ Yes  ☒ No
Alias Name: a/k/a "Carlos Estevez," a/k/a "Victor Matos"
Address: _____
Birth date: _____ SS#: _____ Sex: M  Race: Hispanic  Nationality: _____
Defense Counsel if known: Elliot Weinstein    Address: 228 Lewis Wharf, Boston, MA 02110
Bar Number: _____

## U.S. Attorney Information:

AUSA: PAUL G. CASEY    Bar Number if applicable: _____

Interpreter: ☒ Yes  ☐ No    List language and/or dialect: Spanish
Matter to be SEALED: ☐ Yes  ☒ No
☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: April 14, 2004
☒ Already in Federal Custody as Defendant in Wyatt Detention Center
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment
Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/12/04    Signature of AUSA: _Paul C. Casey_

District Court Case Number (To be filled in by deputy _____

Name of Defendant    Carlos Cabral a/k/a "Carlos Estevez," a/k/a "Victor Matos"

| Index Key/Code | U.S.C. Citations Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 841 (a)(1) | Distribute and possess with intent to distribute cocaine base | 1, 2, 4 |
| Set 2 | | |
| Set 3  21 U.S.C. §846 | conspiracy to distribute | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

Cabral. js45. indictment.wpd - 3/13/02