UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUL 22 P 12: 46

U.S. DISTRICT COURT
DISTRICT OF MA

UNITED STATES

V.                              CR. 04-40012-FDS

CARLOS CABRAL

## MOTION TO CONTINUE PROCEEDINGS

Defendant Carlos Cabral, by his attorney, moves that this Court continue proceedings now set for July 27, 2004 for the reason that defense counsel will be away from Massachusetts until August 3, 2004.

CARLOS CABRAL
By his attorney,

Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

CERTIFICATE OF SERVICE

I certify that I have served a copy of the above to Paul Casey, AUSA.

Elliot M. Weinstein    7/21/04