UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                    ) | **CRIMINAL ACTION** |
| )                                     | **NO. 04-40012-FDS** |
| CARLOS CABRAL,             ) | |
|         Defendant,                ) | |

**ORDER OF EXCLUDABLE TIME**
**August 4, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 29, 2004 (date of expiration of prior order of excludable time) through September 10, 2004 (date by which Mr. Cabral and his counsel will have completed their review of discovery produced by the Government) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE