UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
            v.                 )   CRIMINAL ACTION
                               )   NO. 04-40012-FDS
CARLOS CABRAL,                 )
a/k/a "Victor Matos",          )
a/k/a "Carlos Estevez",        )
            Defendant,         )
_____)
```

STATUS REPORT
September 13, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has provided discovery to the Defendant and counsel for the Defendant requests additional time to review that discovery to determine whether to file pretrial motions. I have granted that request.

2. <u>Plea Negotiations</u>

The parties have requested additional time to explore a non-trial disposition of this case. I have granted that request.

3. <u>Further Status Conference</u>

A further status conference shall be held in this case on October 26, 2004, at 2:30 p.m., in Courtroom 1, Fifth Floor,

Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

4. <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the period from September 10, 2004 (date of expiration of prior order of excludable time) through October 26, 2004 (date by which both discovery and plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, January 4, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE