UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
            v.                  )   CRIMINAL ACTION
                                )   NO. 04-40012-FDS
CARLOS CABRAL,                  )
a/k/a "Victor Matos",           )
a/k/a "Carlos Estevez",         )
            Defendant,          )
_____ )
```

**STATUS REPORT**
**October 27, 2004**

**SWARTWOOD, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Plea Negotiations

The parties have requested additional time to complete plea negotiations. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on November 23, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from October 26, 2004 (date

of expiration of prior order of excludable time) through November 23, 2004 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, February 1, 2005</u>.

<pre>
                                /s/Charles B. Swartwood, III
                                CHARLES B. SWARTWOOD, III
                                MAGISTRATE JUDGE
</pre>