UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>CARLOS CABRAL,   )<br>a/k/a "Victor Matos",   )<br>a/k/a "Carlos Estevez",   )<br>     Defendant,   )<br>) | **CRIMINAL ACTION<br>NO. 04-40012-FDS** |

ORDER OF EXCLUDABLE TIME
October 27, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 26, 2004 (date of expiration of prior order of excludable time) through November 23, 2004 (date by which plea negotiations should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE