## ATTORNEY ASSIGNMENT REQUEST

Defendant: Carlos Cabral

Case & Defendant Number: 04-40012-001

Date of Appointment: 4/15/04

Appointed by: CBS

Attorney Withdrawn: Weinstein

Date of Withdrawal: 2/17/05

Reason for Withdrawal: Communication Breakdown

Number of Counts: 1-4

Charge(s) and Cite(s): Possession w/ intent to distribute Cocaine Base

Indictment ✓   Information ___   Probation Revocation ___

Number of Defendants: 1

Judge Code: 0133

Special Instructions: _____

_____ Deputy Clerk

Dated: 2/17/05

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

[attyreq.;kattyreq.]