UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>)<br>v. )<br>)<br>CARLOS CABRAL, )<br>)<br>Defendant. )<br>) | Criminal No.<br>04-40012-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At the hearing on February 17, 2005, defendant moved for appointment of new counsel, based on a breakdown in the attorney-client relationship. To accommodate that request, this matter was continued to March 11, 2005, in order for new defense counsel to be appointed, for him or her to become familiarized with defendant's case, and to allow additional time for the negotiation of a possible plea agreement, if any. The matter was referred to Magistrate Judge Swartwood for appointment of new defense counsel. A status conference will be held in this Court on March 11, 2005.

On motion of the defendant, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from February 17, 2005, through March 11, 2005, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: February 17, 2005   United States District Judge