UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Criminal No. 04—40012-FDS

UNITED STATES OF AMERICA

V.

CARLOS CABRAL

MOTION TO CONTINUE SENTENCING

The Defendant, Carlos Cabral, through his attorney, Raymond A. O'Hara, moves that the sentencing scheduled for June 9, 2005 be rescheduled for July 1, 2005 at 12:30 p.m.

As grounds for this motion counsel for the defendant states that he has been engaged in continuing depositions in the matter of Muse v. Van Epps, et al (Suffolk Superior Court Docket No. 04 CV 2137) from June 6, 2005 and will not be available until after June 9, 2005.

of

Carlos Cabral

Date: June 8 , 2005

Through his attorney
Raymond A. O'Hara
1 Exchange Place
Worcester, MA 01608
BBO #546366
Tel, 508 831-7551

## CERTIFICATE OF SERVICE

I, Raymond A. O'Hara, appearing attorney for the defendant Carlos Cabral certify that true copies of the within Defendant's Motion For Continuance has this date been mailed, postage prepaid to the office of Paul Casey, Assistant United States Attorney, Federal Courthouse, 595 Main Street, Worcester, MA 01608.

DATED:    June 24, 2005

Raymond A. O'Hara, Esquire
1 Exchange Place, 3rd Floor
Worcester, MA  01608
(508) 831-7551
BBO #546366