UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

FILED
CLERKS OFFICE
2006 APR 21 P 1: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE No 4:04-CR-40012-001-FDS

United States of America

    Plaintiff

    v.

Carlos Cabral

    Defendant

_____/

## MOTION TO HAVE PERSONAL PROPERTY RETURNED

**NOW COMES,** Carlos Cabral, Defendant PRO SE, in the above captioned matter, and respectfully moves this Honorable Court, requesting the return of all my personal property, received by the U.S. Government on the time of my arrest.

                        Respecfully Submitted:

                        Carlos Cabral, Defendant PRO SE
                        NEOCC/ #80428-038
                        2240 Hubbard Rd.
                        Youngstown, Ohio 44505

## CERTIFICATE OF SERVICE

I affirm that the contents of this motion are true and correct, and copies were mailed to:

Clerk of Court, United States District Court; Boston, Ma 02210.

Mr. Michael J. Sullivan, United States Attorney Office, Suite 9200; Boston, Massachusetts 02210. This mail sent this <u>17</u> day April, 2006 by way of this NEOCC Prison Legal Mail Box.

                        Carlos Cabral, Defendant PRO SE