UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) |
| | ) NO. 04-40012-FDS |
| CARLOS CABRAL, | ) |
| | ) |
| Defendant | ) |
| | ) |

### RESPONSE TO MOTION FOR RETURN OF PROPERTY

The United States of America, through the undersigned attorneys, files this response to Defendant Cabral's motion for return of property. DEA Special Agent Joe Barrett and Task Force Officer Rodney Budrow advise that all of Cabral's personal property, seized from Cabral at the time of his arrest, was returned to Cabral's attorney, Raymond O'Hara. See Exhibit A (Receipt for cash or other items).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PAUL G. CASEY
Assistant U.S. Attorney

Dated: July 5, 2006

ss. Worcester

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by U.S. Mail on this 5th day of July, 2006 on Carlos Cabral, NEOCC/ #80428-038, Ci Ne Ohio Corr Ctr Correctional Institution 2240 Hubbard Rd, Youngstown, Oh 44501.

Paul G. Casey
Assistant U.S. Attorney

JUN 28 2006   Case 4:04-cr-40012-FDS   Document 45   Filed 07/05/2006   Page 3 of 3    P.01/01




## U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
### RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

TFA Rodney Budrow
Worcester HIDTA

FILE NO. CU-03-0011

G-DEP IDENTIFIER WGC3R

FILE TITLE

RODRIGUEZ, Candido

DATE

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| $257.00 | U.S. Currency | Return Property |
| 1 | Motorola Cell Phone | " " |
| 1 | 1 Watch | " " |
| 8 | Keys | " " |
|  | Assorted business cards | " " |
|  | Property of Carlos Cabral |  |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)   Atty. Raymond O'Hara

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

FORM DEA-12 (8-02) Previous editions obsolete    Electronic Form Version Designed in JetForm 5.2 Version