UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

United States of America

    v.          CASE No 4:04-CR-40012-001-FDS

Carlos Cabral

    Defendant

_____/

### SECOND MOTION TO HAVE PERSONAL PROPERTY RETURNED

**NOW COMES,** Carlos Cabral, Defendant PRO SE, in the above captioned matter. and respectfully moves this Honorable Court, requesting the return of **$2,430.00** U.S. Currency (it was not included in the answer to the First Motion), monies received by the U.S. government on the time of my arrest (copy attached); pursuant to Federal Rule 41 (g).

**Therefore,** in light of the foregoing arguments, Carlos Cabral, Defendant PRO SE, prays to this Honorable Court to grant this motion, such relief is appropriate and fair.

Respectfully Submitted,

_____
Carlos Cabral, Defendant PRO SE
NEOCC/ #80428-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

### CERTIFICATE OF SERVICE

I affirm that the contents of this motion are true and correct, original and copies were mailed to: Clerk of Court, United States District Court; Worcester, MA 01608; Mr. Michael J. Sullivan U.S. Attorney's District Office; Worcester, MA 01608. This mail was sent this 26 day July, 2006 by way of this NEOCC Prison Mail Office.

_____
Carlos Cabral, Defendant PRO SE

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: TFA Rodney Budrow  At: Worcester, MA HIDTA | ☐ ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  04-19-2004 | |

9. Other Officers: G/S Bruce Travers, S/A Joseph Barrett, TFA Jamie Vitale, Tpr Jamie Bigelow MSP and Det. Richard Belanger Northbridge MA PD

10. Report Re: Consent search at 85 Church Ave Northbridge, MA on 04-15-2004. Acquisition of Exhibits N-44, N-45, N-46, N-47 and N-48

**DETAILS**

1. Reference is made to DEA-6 written by TFA Rodney Budrow on 04-16-2004, titled arrest of Carlos CABRAL and Elys GARCIA under the above file number and title.

2. On Wednesday April 14, 2004, Task Force Agents from the Worcester Massachusetts HIDTA Office arrested Elys GARCIA. During questioning of GARCIA, she signed a consent to search form (Exhibit N-44) for the apartment located at 85 Church Ave on the 2nd floor in Northbridge, MA.

3. On Thursday April 15, 2005, at approximately 1am, agents entered the apartment of 85 Church Ave. The following exhibits were located in the master bedroom.

   1. $2430.00 U.S. Currency under night stand (Budrow) (Exhibit N-45)
   2. Title for 89 Olds owned by Katiria NEGRON in draw of dresser (Budrow) (Exhibit N-46)
   3. Miscellaneous Papers for GARCIA in draw of dresser (Budrow) (Exhibit N-47)
   4. Passport and ID Card for GARCIA in draw of dresser (Budrow) (Exhibit N-48)

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  TFA Rodney Budrow | 13. Date  4/28-04 |
|---|---|---|
| | 14. Approved (Name and Title)  Bruce W. Travers  Group Supervisor | 15. Date  4/27/04 |

DEA Form  - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.