UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| V. | )<br>) |
| CARLOS CABRAL, | ) NO. 04-40012-FDS<br>)<br>) |
| Defendant | )<br>) |

**RESPONSE TO SECOND MOTION FOR RETURN OF PROPERTY**

The United States of America, through the undersigned attorneys, files this response to Defendant Cabral's motion for return of property. DEA Special Agent Joe Barrett and Task Force Officer Rodney Budrow advise that the $2,430 has been forfeited by the Drug Enforcement Administration's Asset Forfeiture Section. See Exhibit A (Declaration of Forfeiture).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul G. Casey
PAUL G. CASEY
Assistant U.S. Attorney

Dated: September 15, 2006

ss. Worcester

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by U.S. Mail on Carlos Cabral, NEOCC/ #80428-038, Ci Ne Ohio Corr Ctr Correctional Institution 2240 Hubbard Rd, Youngstown, Oh 44501.

Paul G. Casey
Assistant U.S. Attorney