

**U. S. Department of Justice**
Drug Enforcement Administration

---

Asset ID: 04-DEA-435737     Case #: CU-03-0011
Asset Description: $2,430.00 U.S. Currency

Seizure Date: 04/15/04     Seizure Value: $2430.00
Seizure Place: Northbridge, MA
Owner Name: Carlos Cabral
Seized From: Carlos Cabral and Elys Garcia
Judicial District: District of Massachusetts

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

*C R Pomares*
Carmen R. Pomares, Senior Attorney
Asset Forfeiture Section

*December 20, 2004*
Date

EXHIBIT A