UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
        Plaintiff,            )
                              )
        v.                    )    CRIMINAL NO. 04-40012-FDS
                              )
CARLOS CABRAL,                )
        Defendant.            )
_____)
```

**NOTICE OF APPEARANCE**

To the Clerk:

　　Please enter my appearance in the above-captioned case as counsel for the Plaintiff, United States of America.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/Kristina E. Barclay
                         Kristina E. Barclay
                         Assistant U.S. Attorney
                         1 Courthouse Way, Suite 9200
                         Boston, MA  02210
Dated: October 02, 2006  (617) 748-3100
```

CERTIFICATE OF SERVICE

　　This is to certify that the foregoing Notice of Appearance, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

```
                          /s/Kristina E. Barclay
                         Kristina E. Barclay
                         Assistant United States Attorney
```