**UNITED STATES DISTRICT COURT**

**FOR THE**

**DISTRICT OF MASSACHUSETTS**

**WORCESTER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **Case No. 4:04-CR-40012-001-FDS** |
| **CARLOS CABRAL,** | ) | |
| Defendant. | ) | |

**DECLARATION OF DOUGLAS A. KASH**

1. I, Douglas A. Kash, hereby declare that I am the Acting Forfeiture Counsel of the Drug Enforcement Administration (DEA), United States Department of Justice, and in that capacity supervise forfeiture activities within the DEA.

2. I affirm that, in the course of my official duties as Acting Forfeiture Counsel of the DEA, I supervise and monitor the forfeiture activities of DEA field offices and receive reports and inquiries from those field offices regarding all facets of forfeiture matters.

3. I declare that material related to the property, which is the subject matter of the above-captioned action, is contained in one (1) file of my office.

4. The file, captioned as DEA Case No. **CU-03-0011** and Asset Identification (I.D.) No. **04-DEA-435737**, contains the following information:

(a) DEA Asset I.D. No. **04-DEA-435737** represents $2,430.00 U.S. Currency seized from Carlos Cabral and Elys Garcia on April 15, 2004, in Northbridge, Massachusetts. The DEA office in Boston, Massachusetts subsequently prepared and submitted a forfeiture report to this office. An attorney or paralegal reviewed this report to determine if the DEA field office provided adequate information to support administrative forfeiture proceedings against the property. This procedure included a legal review of the evidence that existed to seize the $2,430.00 U.S. Currency. Based on this thorough review, the DEA accepted this case for administrative forfeiture.

(b) On June 14, 2004, pursuant to Title 19, United States Code (U.S.C.), Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Carlos Cabral, 85 Church Avenue, Northbridge, MA 01534 (Exhibit 1). The U.S. Postal Service returned the notice to DEA stamped "RETURNED TO SENDER. NOT DELIVERABLE AS ADDRESSED. UNABLE TO FORWARD" (Exhibit 2).

(c) On June 14, 2004, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Carlos Cabral, Prisoner ID No. 80428038, Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863 (Exhibit 3). On June 18, 2004, an individual signing in the "Signature" block accepted delivery of this notice (Exhibit 4).

(d) On June 14, 2004, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Carlos Cabral, c/o Elliott Weinstein/Esq., 228 Lewis Wharf, Boston, MA 02110 (Exhibit 5). On June 17, 2004, an individual signing in the "Signature" block accepted delivery of this notice (Exhibit 6).

(e) On June 14, 2004, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Elys Garcia, 13 Roseberry Road, Mattapan, MA 02126 (Exhibit 7). The U.S. Postal Service returned the notice to DEA stamped "RETURNED TO SENDER" and marked "NO SUCH NUMBER" (Exhibit 8).

(f) On June 14, 2004, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return

receipt requested, to Elys Garcia, c/o John H. LaChance/Esq., 600

Worcester Road, Framingham, MA 01702 (Exhibit 9).  On June 18,

2004, an individual signing in the "Signature" block accepted

delivery of this notice (Exhibit 10).

     (g)  Pursuant to Title 19, U.S.C., Section 1607(a) and

Title 21, Code of Federal Regulations, Section 1316.75, the

seizure of the property was published in THE WALL STREET JOURNAL,

a newspaper of general circulation in the District of

Massachusetts (Exhibit 11).  A notice of seizure was published

once each week for three successive weeks: June 28, and July 6

and 12, 2004.  The published notice and mailed notices explained

the option of filing a claim with the DEA Forfeiture Counsel in

order to contest the forfeiture action in United States District

Court.  Pursuant to Title 18, U.S.C., Section 983(a)(2)(B), the

published notice and mailed notices also stated that the deadline

to file a claim was July 19, 2004, or if the mailed notice was

not received, August 11, 2004.  In addition, the published notice

and mailed notices explained the option of filing a petition for

remission or mitigation.

     (h)  On October 22, 2004, pursuant to Title 19, U.S.C.,

Section 1607(a) and Title 18, U.S.C., Section 983(a), the

DEA sent written notice of this seizure by certified mail, return

receipt requested, to Elys Garcia, Prisoner ID No. A90502, MCI -

Framingham, P.O. Box 9007, Framingham, MA 01704 (Exhibit 12).  On

October 27, 2004, an individual signing in the "Signature" block accepted delivery of this notice (Exhibit 13).

(i) On December 20, 2004, after not receiving any properly executed claim, and after the time limit for filing a claim had expired, the DEA forfeited the $2,430.00 U.S. Currency to the United States pursuant to Title 19, U.S.C., Section 1609 (Exhibit 14).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 20th day of September 2006.

Douglas A. Kash
Acting Forfeiture Counsel
Asset Forfeiture Section (OML)
Drug Enforcement Administration
HQs Forfeiture Response
P. O. Box 1475
Quantico, VA 22134-1475

Attachments: Exhibits 1-14

 

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

Carlos Cabral
85 Church Avenue
Northbridge, MA 01534

| | |
|---|---|
| **Asset Id:** | 04-DEA-435737 |
| **Case Number:** | CU-03-0011 |
| **Property:** | $2,430.00 U.S. Currency |
| **Asset Value:** | $2,430.00 |
| **Seizure Date:** | 04/15/04 |
| **Seizure Place:** | Northbridge, MA |
| **Owner Name:** | Cabral, Carlos |
| **Seized From:** | Garcia, Carlos Cabral and Elys |
| **Judicial District:** | District of Massachusetts |

**NOTICE MAILING DATE:** June 14, 2004

**NOTICE OF SEIZURE**

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

**TO REQUEST REMISSION OR MITIGATION OF FORFEITURE**

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

**TO CONTEST THE FORFEITURE**

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **July 19, 2004**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

**WHERE TO FILE CORRESPONDENCE**

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301.** A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset Id referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

GOVERNMENT EXHIBIT 1

22134/1475

X-RAYED (144)
JUN 21 2004
DEA/QUANTICO

Carlos Cabral
85 Church Avenue
Northbridge, MA 0

7003 2260 0002 9358 6106

CERTIFIED MAIL™

2004 JUN 23 PM 4:19

Forfeiture Counsel
Asset Forfeiture Section, DO
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asset ID: 04-DEA-435737
Carlos Cabral
85 Church Avenue
Northbridge, MA 01534

CU

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from ser 7003 2260 0002 9358 6106 772

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-2509

7003 2260 0002 9358 6106

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002 See Reverse for Instructions

GOVERNMENT EXHIBIT 2



**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

| | |
|---|---|
| **Asset Id:** | 04-DEA-435737 |
| **Case Number:** | CU-03-0011 |
| **Property:** | $2,430.00 U.S. Currency |
| **Asset Value:** | $2,430.00 |
| **Seizure Date:** | 04/15/04 |
| **Seizure Place:** | Northbridge, MA |
| **Owner Name:** | Cabral, Carlos |
| **Seized From:** | Garcia, Carlos Cabral and Elys |
| **Judicial District:** | District of Massachusetts |

Carlos Cabral, Prisoner ID No. 80428038
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

**NOTICE MAILING DATE:** June 14, 2004

**NOTICE OF SEIZURE**

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

**TO REQUEST REMISSION OR MITIGATION OF FORFEITURE**

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

**TO CONTEST THE FORFEITURE**

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **July 19, 2004**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

**WHERE TO FILE CORRESPONDENCE**

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

GOVERNMENT EXHIBIT
3




7003 2260 0002 9358 6120

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asset ID: 04-DEA-435737
Carlos Cabral,
Prisoner ID No. 80428038
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

Cu

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 6-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUN 1 ? 2004

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 2260 0002 9358 6120 772

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-2509

GOVERNMENT EXHIBIT 4



**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

| | |
|---|---|
| **Asset Id:** | 04-DEA-435737 |
| **Case Number:** | CU-03-0011 |
| **Property:** | $2,430.00 U.S. Currency |
| **Asset Value:** | $2,430.00 |
| **Seizure Date:** | 04/15/04 |
| **Seizure Place:** | Northbridge, MA |
| **Owner Name:** | Cabral, Carlos |
| **Seized From:** | Garcia, Carlos Cabral and Elys |
| **Judicial District:** | District of Massachusetts |

Carlos Cabral
c/o Elliott Weinstein/Esq.
228 Lewis Wharf
Boston, MA 02110

**NOTICE MAILING DATE:** June 14, 2004

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## *TO REQUEST REMISSION OR MITIGATION OF FORFEITURE*

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **July 19, 2004**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

**GOVERNMENT EXHIBIT**
5

U.S. Postal Service

CERTIFIED MAIL RECEIPT

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7003 2260 0002 9358 6113

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asset ID: 04-DEA-435737
Carlos Cabral
c/o Elliott Weinstein/Esq.
228 Lewis Wharf
Boston, MA 02110

CU

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X Sandra Ball ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 6/17/04

D. Is delivery address different from item 1? ☐ Yes

If YES, enter delivery address below: ☐ No

3. Service Type

☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from se 7003 2260 0002 9358 6113

772

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-2509

GOVERNMENT EXHIBIT 6

 

**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

| | |
|---|---|
| **Asset Id:** | 04-DEA-435737 |
| **Case Number:** | CU-03-0011 |
| **Property:** | $2,430.00 U.S. Currency |
| **Asset Value:** | $2,430.00 |
| **Seizure Date:** | 04/15/04 |
| **Seizure Place:** | Northbridge, MA |
| **Owner Name:** | Cabral, Carlos |
| **Seized From:** | Garcia, Carlos Cabral and Elys |
| **Judicial District:** | District of Massachusetts |

Elys Garcia
13 Roseberry Road
Mattapan, MA 02126

**NOTICE MAILING DATE:** June 14, 2004

**NOTICE OF SEIZURE**

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

**TO REQUEST REMISSION OR MITIGATION OF FORFEITURE**

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

**TO CONTEST THE FORFEITURE**

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **July 19, 2004**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

***WHERE TO FILE CORRESPONDENCE***

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

GOVERNMENT EXHIBIT
7

X-RAYED
JUN 2 1 2004 (145)
DEA/QUANTICO

NSN

- ☐ MOVED, LEFT NO ADDRESS
- ☐ FORWARDING ORDER EXPIRED
- ☐ ATTEMPTED-NOT KNOWN
- ☐ UNCLAIMED ☐ REFUSED
- ☐ NO SUCH STREET
- ☒ NO SUCH NUMBER
- ☐ INSUFFICIENT ADDRESS

RETURNED TO SENDER

2004 JUN 23 PM 4:19

CERTIFIED MAIL

7003 2260 0002 9358 6137

Forfeiture Counsel
Asset Forfeiture Section, DO
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asset ID: 04-DEA-435737
Elys Garcia
13 Roseberry Road
Mattapan, MA 02126

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 2260 0002 9358 6137 772

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-2509

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002 See Reverse for Instructions

7003 2260 0002 9358 6137

GOVERNMENT
EXHIBIT
8

 

**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

| | |
|---|---|
| **Asset Id:** | 04-DEA-435737 |
| **Case Number:** | CU-03-0011 |
| **Property:** | $2,430.00 U.S. Currency |
| **Asset Value:** | $2,430.00 |
| **Seizure Date:** | 04/15/04 |
| **Seizure Place:** | Northbridge, MA |
| **Owner Name:** | Cabral, Carlos |
| **Seized From:** | Garcia, Carlos Cabral and Elys |
| **Judicial District:** | District of Massachusetts |

Elys Garcia
c/o John H. LaChance/Esq.
600 Worcester Road
Framingham, MA 01702

**NOTICE MAILING DATE:** June 14, 2004

**NOTICE OF SEIZURE**

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

**TO REQUEST REMISSION OR MITIGATION OF FORFEITURE**

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

**TO CONTEST THE FORFEITURE**

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **July 19, 2004**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

**WHERE TO FILE CORRESPONDENCE**

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

GOVERNMENT EXHIBIT 9

7003 2260 0002 9358 6144

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asset ID: 04-DEA-435737
Elys Garcia
c/o John H. LaChance/Esq.
600 Worcester Road
Framingham, MA 01702

CU

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) DAN CAMPION

C. Date of Delivery 6/18/04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 2260 0002 9358 6144

772

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-2509

**GOVERNMENT EXHIBIT**
10

THE WALL STREET JOURNAL.

MONDAY, JUNE 28, 2004

◈ PUBLIC NOTICES ◈

# LEGAL NOTICE
# ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-14 Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during Asset Forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects,

**FIRST NOTICE**
**LAST DATE TO FILE AUGUST 11, 2004**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ALABAMA**
04-DEA-435247, $36,349.00 U.S. Currency, Jemison, AL, Rojas, Candelario Canedo, 04/10/04
**DISTRICT OF ARIZONA**
04-DEA-435900, 1980 Chevrolet Silverado 1/2 Ton Pick Up Truck, CCL14AJ101111, Patagonia, AZ, Hobson, Roger David AKA Allen, Michael C AKA Hobson, Roger AKA Hobson, David Roger, 04/25/04
04-DEA-436012, Fabrique National 9mm Semi-Auto Handgun with Magazine, Ser No 245PX26865, VL: $260.00, Phoenix, AZ, Rivas-Lopez, Mario, 05/06/04
04-DEA-436025, (2) Assorted Weapons, VL: $240.00, (1) Remington Wingmaster, Model 870 20 gauge Shotgun, Ser No T720722N; (1) Marlin Model 120 .22 Caliber Long Rifle, Ser No 26280872, Phoenix, AZ, Ochoa-Beltran, Maria de Jesus, 05/06/04
04-DEA-436137, 1993 Chevrolet C14 Utility Flatbed Truck, 1GCEC14KXPZ245022, Tucson, AZ, Rodriguez, Jimmy Garcia AKA Rodriguez Jr, Jimmy AKA RodriguezGarcia, Jimmy, 05/02/04
04-DEA-436304, $35,971.00 U.S. Currency, Phoenix, AZ, Evans, Paul Mansfield, 05/02/04
04-DEA-436306, $40,000.00 U.S. Currency, Phoenix, AZ, Scott, Amy L, 05/04/04
04-DEA-436311, $5,281.00 U.S. Currency, Phoenix, AZ, Stewart, Christopher Robert, 04/30/04
04-DEA-436313, $8,440.00 U.S. Currency, Phoenix, AZ, Rogers, Tyrone, 05/04/04
04-DEA-436315, $11,426.00 U.S. Currency, Phoenix, AZ, Reyes, Armando Diaz, 05/06/04
04-DEA-436368, 2003 Cadillac Escalade ESV, 3GYFK66N33G207194, Phoenix, AZ, Suter, Jason, 05/07/04
**CENTRAL DISTRICT OF CALIFORNIA**
04-DEA-433738, $599,430.00 U.S. Currency, Placentia, CA, Ayala, Javier Hugo Ramirez AKA Martinez, Marco Antonio AKA Cabrera, Mario Castaneda AKA Cabrerra, Mario AKA Cabrera, Mario AKA Cabera, Mario B AKA Cabrera, Mario Rene AKA ArchelaCabrea, Mario Rene AKA Archela, Mario Rene AKA ArchilaCabrera, Mario AKA Archila, Mario AKA Vasquez, Juan Zudajama AKA Vasquez, Juan Xudajame AKA Vasquez, Juan Tudajama, 03/16/04
04-DEA-435246, $180,020.00 U.S. Currency, Lakewood, CA, Chuck, Shonia AKA Chen, Nicole Stephanie, 04/13/04
04-DEA-435718, $1,787.00 U.S. Currency, Palmdale, CA, Burns, Aundrea, 04/22/04
04-DEA-435723, $26,000.00 U.S. Currency in Safe Deposit Box #1010, Washington Mutual Bank, Palmdale, CA, Burns, Aundrea, 04/22/04
04-DEA-435804, $4,189.00 U.S. Currency, Long Beach, CA, Mathews, Charles, 05/04/04
04-DEA-436121, Bank of America, Account # 03107-13879; VL: $8,800.18, Los Angeles, CA, L.A. Jewelry Club, 05/07/04
04-DEA-436247, $1,500.00 U.S. Currency, Los Angeles, CA, Yepez, Tomas Lopez, 04/28/04
04-DEA-436253, (10) Assorted Money Orders, VL: $4,985.00, (6) Global Express Money Orders, Ser Nos 214063446; 214063450; 214063451; 214063443; 214063444; 214063449; (4) Western Union Money Orders, Ser Nos 08-145335388; 08-145335389; 06-559624807; 06-559624808, Los Angeles, CA, Yepez, Tomas Lopez, 04/28/04
04-DEA-436254, $1,000.00 U.S. Currency, Los Angeles, CA, Cruz-Perez, Victor Hugo, 04/28/04
04-DEA-436255, (36) Assorted Money Orders, VL: $17,915.00, (28) Travelers Express Money Grams, Ser Nos 44417486290; 44417486300; 44655731384; 44655731395; 44686044271; 44686044282; 44655731406; 44655731439; 44655731428; 44449053242; 44486659998; 44486659987; 44655731417; 79283726764; 79283726775; 44486659976; 44486659965; 44449053253; 44449053264; 44417486322; 44417486311; 79283726731; 79283726720; 44417486344; 79283726753; 44417486333; 79283726742; 44449053231, (8) Western Union Money Orders, Ser Nos 06-559624804; 06-559624803; 08-145335390; 08-145335387; 08-145335386; 08-145335393; 08-145335392; 06-559624806, Los Angeles, CA, Cruz-Perez, Victor Hugo, 04/28/04
04-DEA-436274, $15,000.00 U.S. Currency, Los Angeles, CA, Slayton, Gloria Jeannette, 04/29/04
04-DEA-436275, $14,000.00 U.S. Currency, Los Angeles, CA, Witcher-Herron, Pamela Derrette, 04/29/04
04-DEA-436276, $2,256.00 U.S. Currency, Los Angeles, CA, Walker Jr, Elridge, 04/29/04
04-DEA-436408, $132,820.00 U.S. Currency, Riverside, CA, Unidentified, 04/27/04
04-DEA-436663, $7,006.00 U.S. Currency, Pasadena, CA, Azimi, Behnam, 04/09/04
04-DEA-436664, $1,300.00 U.S. Currency, Los Angeles, CA, Yakhobzadeghan, Jakob, 04/09/04
04-DEA-436665, $1,156.00 U.S. Currency, Beverly Hills, CA, Yashar, Soleman, 04/09/04
04-DEA-436666, $28,300.00 U.S. Currency, Encino, CA, Yousefi, Bijan, 04/09/04
04-DEA-436667, $24,090.00 U.S. Currency in two Safe Deposit Boxes # Z3713 & # Z0143, Washington Mutual
04-DEA-435475, $8,350.00 U.S. Currency, Frankfort, IN, Vega, Francisco, 04/16/04
**DISTRICT OF KANSAS**
04-DEA-435392, $2,534.00 U.S. Currency, Wichita, KS, Vargas, Saul E, 04/23/04
**DISTRICT OF MASSACHUSETTS**
04-DEA-435731, 1995 GMC Yukon, 1GKEK13K9SJ759461, Webster, MA, Rodriguez, Candido, 04/14/04
04-DEA-435737, $2,430.00 U.S. Currency, Northbridge, MA, Cabral, Carlos and Garcia, Elys, 04/15/04
04-DEA-436358, $18,706.00 U.S. Currency, Lynn, MA, Rosales, Jose, 05/01/04
04-DEA-436365, $19,900.00 U.S. Currency, Lynn, MA, Rosales, Jose, 05/01/04
04-DEA-436367, $4,649.00 U.S. Currency, Lynn, MA, Rosales, Jose, 05/01/04
04-DEA-436982, $1,020.00 U.S. Currency, Lynn, MA, Lovos, Armando, 05/01/04
**DISTRICT OF MARYLAND**
04-DEA-434702, $70,964.00 U.S. Currency, Baltimore, MD, Dunn, Angelarose Michelle, 04/05/04
04-DEA-434703, $3,864.93 U.S. Currency, Baltimore, MD, Warfield, Larry Eugene, 04/05/04
04-DEA-435178, $2,740.00 U.S. Currency, Baltimore, MD, Anderson, William, 04/21/04
04-DEA-435202, $1,171.07 U.S. Currency, Frederick, MD, Vaughan, Kevin Alexander, 04/14/04
04-DEA-435203, 1998 Lincoln Navigator, 5LMFU28L3WLJ06158, Frederick, MD, Vaughan, Kevin Alexander, 04/14/04
04-DEA-435206, $15,500.00 U.S. Currency, Linthicum, MD, Cortez, Alma, 04/23/04
04-DEA-435528, $5,600.00 U.S. Currency, Baltimore, MD, Naar, Jean Cesar, 04/29/04
04-DEA-435671, Bank of America, Certificate of Deposit Account #91000018324897, VL: $5,250.48, Baltimore, MD, Anderson, William, 04/22/04
04-DEA-435673, Bank of America, Certificate of Deposit Account #55401526009153, VL: $1,032.29, Baltimore, MD, Anderson, William, 04/22/04
04-DEA-435794, Home Depot Refund Check, Ser No 031100209, VL: $3,273.31, Baltimore, MD, Ocampo, Lena Lydia, 04/29/04
04-DEA-436162, $2,900.00 U.S. Currency, Baltimore, MD, Weems Sr, Landon Myron, 05/11/04
04-DEA-436897, $13,180.00 U.S. Currency, Pasadena, MD, Monteil, Danielle and Shroyer-Hartman, Chad, 04/29/04
**DISTRICT OF MAINE**
04-DEA-436830, $3,000.00 U.S. Currency, Saco, ME, Thompson, Kurt, 05/03/04
04-DEA-436990, 1996 Chevrolet Tahoe, 3GNEK18R9TG139687, Saco, ME, Canney, Justin, 05/03/04
**EASTERN DISTRICT OF MISSOURI**
04-DEA-434912, 2002 Mida Trailer, 5E6UT08132B004627, St. Louis, MO, Necker, David, 04/12/04
04-DEA-435159, 2003 Honda ATV, TRX250TM3, 478TE210534303404, St. Louis, MO, Necker, David, 04/12/04
04-DEA-435349, $37,883.00 U.S. Currency, St. Clair, MO, West, Sheila, 04/16/04
04-DEA-435358, 2000 Harley Davidson, 1HD1EVL3YY950405, St. Clair, MO, West, Sheila, 04/16/04
04-DEA-435361, $3,423.00 U.S. Currency, St. Louis, MO, Hernandez, Joaquin Jack, 04/20/04
04-DEA-435914, $1,673.00 U.S. Currency, O'Fallon, MO, Simmons, Cornelia Ramsia, 04/30/04
**WESTERN DISTRICT OF MISSOURI**
04-DEA-435441, $19,148.00 U.S. Currency, Cabool, MO, Jacks, Jerry L, 04/22/04
**EASTERN DISTRICT OF NORTH CAROLINA**
04-DEA-435387, $1,241.00 U.S. Currency, Wilmington, NC, Henderson, Tierre Ahmond, 04/28/04
04-DEA-435390, $295,850.00 U.S. Currency, Lumberton, NC, Lyons, Tyrone Ricardo and Dour, Raayan Paul, 04/26/04
04-DEA-435842, $1,475.00 U.S. Currency, Wallace, NC, Kellem, Reginald Goldie Strange, 04/22/04
04-DEA-435865, 2000 Lexus GS300, JT8BD68S1Y0115710, Wilmington, NC, Hyatt, Charles Edward AKA Hyatt, Chaz, 04/26/04
04-DEA-436010, $4,788.00 U.S. Currency, Longwood, NC, Bell, Cory, 05/11/04
04-DEA-436097, 1999 Nissan Quest Van GLE, 4N2XN11T5XD805670, Rowland, NC, Gerena, Jose Luis and Gerena, Jose, 04/21/04
**MIDDLE DISTRICT OF NORTH CAROLINA**
04-DEA-434501, $3,886.00 U.S. Currency, Burlington, NC, Goldston, Tyrone Richard, 04/08/04
04-DEA-435356, $2,412.00 U.S. Currency, Salisbury, NC, Pruitt, Winslow Tobias, 04/28/04
04-DEA-435611, $4,907.00 U.S. Currency, Winston-Salem, NC, Hernandez, Marino Uricstegui AKA Espinoza, Miguel Teran, 04/29/04
04-DEA-435712, $1,960.00 U.S. Currency, Winston Salem, NC, Williams, Bobby Lalonzo, 05/03/04
04-DEA-435728, $1,581.25 U.S. Currency, Winston-Salem, NC, Singletary, Audrey Lavelle, 05/05/04
**WESTERN DISTRICT OF NORTH CAROLINA**
04-DEA-435880, $9,520.00 U.S. Currency, Charlotte, NC, Rainey, Antoine Devone, 04/20/04
04-DEA-436199, $2,500.00 U.S. Currency, Springfield, OR, Alvarez-Briseno, Martha, 05/06/04
04-DEA-436310, 2003 Mercedes Benz CLK320, WDBTJ65JX3F009948, Portland, OR, Somsanith, Vilasak and Vongnath, Cindy, 05/06/04
04-DEA-436318, Rolex Oyster Watch & Diamond Ring, VL: $7,535.00, (1) Men's Rolex Oyster Perpetual Watch Black Dial Style R1623333GB6252, Ser No P925845; (1) 14Kt Diamond Ladies Engagement Ring, Portland, OR, Somsanith, Vilasak and Vongnath, Cindy, 05/06/04
04-DEA-436323, 1998 Chevrolet Tahoe, 1GNEK13R4WJ309156, Springfield, OR, Alvarez-Briseno, Martha, 05/06/04
**DISTRICT OF SOUTH CAROLINA**
04-DEA-434738, $21,760.00 U.S. Currency, Inman, SC, Brooks, Renard and Lopez-Moreno, Roberto, 04/14/04
04-DEA-434787, $24,980.00 U.S. Currency, St. George, SC, Pridgen Jr, Roland Marshall and Franklin, Herbert Lee, 04/13/04
04-DEA-435245, $141,105.00 U.S. Currency, St. George, SC, Sample Jr, Raymond Devon and Sample, Stephon, 04/22/04
04-DEA-435437, 2000 Ford Expedition, 1FMRU1566YLB46133, Dillon, SC, Azahares, Jorge Luis and Folgar, Rigo Alexander, 04/28/04
04-DEA-437069, Assorted Drug Paraphernalia, VL: $7,225.47, Atlantic Beach, SC, Wilkes, Timothy W, 04/15/04
**EASTERN DISTRICT OF TENNESSEE**
04-DEA-431323, $35,430.00 U.S. Currency, Knoxville, TN, Klosowicz, Holly, 01/13/04
**EASTERN DISTRICT OF TEXAS**
04-DEA-435119, $4,000.00 U.S. Currency, Orange, TX, Moss, Brandon Michael, 04/21/04
04-DEA-435122, $8,179.00 U.S. Currency, Orange, TX, Curtis Jr, Nathan Lee, 04/21/04
04-DEA-435764, $120,899.00 U.S. Currency, Beaumont, TX, Gonzalez, Fabian Richard AKA Ramos, Jose Luis, 04/30/04
04-DEA-435775, 2000 Ford XL Truck, 1FTZF1720YKA01667, Beaumont, TX, Gonzalez, Fabian Richard AKA Ramos, Jose Luis, 04/30/04
04-DEA-436264, $316,209.00 U.S. Currency, Canton, TX, Ortiz, Francisco Javier, 05/06/04
**SOUTHERN DISTRICT OF TEXAS**
04-DEA-434827, $663.00 U.S. Currency, Houston, TX, Vela, Julio Cesar, 04/05/04
04-DEA-434829, $2,625.00 U.S. Currency, Houston, TX, Osuan, James, 04/05/04
04-DEA-434894, 1995 Chevrolet Lumina, 2G1WN52M1S1165936, Houston, TX, Guerrero, Luis Alberto, 04/08/04
04-DEA-435495, 2004 Parker Trailer, 13ZMP202141001825, Falfurrias, TX, Canales, Gerardo, 04/22/04
04-DEA-435552, 1993 Plymouth Villager, 4M2DV11W1PDJ71977, Falfurrias, TX, Rodriguez, Alicia Ann, 04/27/04
04-DEA-435553, $1,776.00 U.S. Currency, Falfurrias, TX, Rodriguez, Alicia Ann, 04/27/04
04-DEA-435554, 1998 Ford Taurus, 1FAFP52U2WG130595, Falfurrias, TX, Garza-Flores, Jose, 04/23/04
04-DEA-435574, $32,895.00 U.S. Currency, Houston, TX, Mitto, Kahalilaha, 04/26/04
04-DEA-435715, $48,400.00 U.S. Currency, Houston, TX, Gardner, Bridget Denise, 04/13/04
04-DEA-435726, $75,400.00 U.S. Currency, Houston, TX, Flores-Lopez, David, 04/13/04
04-DEA-435744, $5,865.00 U.S. Currency, Waslaco, TX, Luna Jr, Juan, 05/04/04
04-DEA-435749, $10,000.00 U.S. Currency, Hebbronville, TX, Rivera, Eric and Bustos, Jesus, 04/10/04
04-DEA-435838, 2000 KIA Sportage, KNDJB7233Y5631824, Hebbroville, TX, Rodriguez, Jesus Antonio, 04/25/04
04-DEA-435875, $300,000.00 U.S. Currency, Humble, TX, Trevino, Miguel Angel, 04/27/04
04-DEA-436127, $9,000.00 U.S. Currency, Houston, TX, De La Cruz, Genaro, 04/22/04
04-DEA-436195, $34,120.00 U.S. Currency, South Fort Worth, TX, McBee, John Mark, 04/30/04
04-DEA-436650, $393.00 U.S. Currency, Rio Grande City, TX, Unidentified, 04/08/04
**WESTERN DISTRICT OF TEXAS**
04-DEA-435798, 1999 Ford Expedition SUV, 1FMRU17L3XLA72803, Hearne, TX, Hall, James Earl, 04/22/04
04-DEA-435896, $19,700.00 U.S. Currency, El Paso, TX, Rodriguez, Roman Ojeda, 04/29/04
04-DEA-435904, $11,600.00 U.S. Currency, El Paso, TX, Zapien, Jose Luis Perez, 04/29/04
04-DEA-436084, 1994 Peterbuilt Tractor, 1XP5DB9X2RN338648, Sierra Blanca, TX, Del Angel-Balderas, Ignacio, 04/29/04
04-DEA-436108, 1998 Travis Dump Trailer, 1T91F3725W1247149, Sierra Blanca, TX, Del Angel-Balderas, Ignacio, 04/29/04
04-DEA-436604, $8,642.00 U.S. Currency, El Paso, TX, Renteria, Mario and Renteria, Luz, 05/05/04
04-DEA-436611, Assorted Jewelry, VL: $26,430.00, TX, Renteria, Mario and Renteria, Luz, 05/05/04
04-DEA-436765, $2,080.00 U.S. Currency, San Antonio, TX, Gant, Danse Otress, 04/22/04
Edward, 04/13/04
04-DEA-435729, 1998 Maroon Ford Expedition, 1FMPU18L3WLC43862, Wheeling, WV, Norman Jr, Paul Edward, 04/13/04
04-DEA-435736, 2000 Maroon S-10 Chevrolet Pickup, 1GCCT19W1Y8108562, Moundsville, WV, Clark, Robert L, 04/13/04
04-DEA-435757, Kassnar 30.06 Caliber Model #2185 Rifle with scope, Ser No 210132, VL: $50.00, Wheeling, WV, Norman Jr, Paul Edward, 04/13/04
04-DEA-435827, Taurus Model 6584 .357 Caliber Handgun, Ser No K1494437, VL: $375.00, Moundsville, WV, Clark Jr, Robert Lee, 04/13/04
04-DEA-435828, Stevens .410 Caliber Model #94 Shotgun, Ser No D888496, VL: $95.00, Wheeling, WV, Leach, Thomas E, 04/13/04
04-DEA-435833, $1,647.00 U.S. Currency, Wheeling, WV, Norman Jr, Paul Edward, 04/13/04
04-DEA-435835, $4,750.00 U.S. Currency, Wheeling, WV, Leach, Thomas E, 04/13/04
04-DEA-435843, $1,080.00 U.S. Currency, Wheeling, WV, Norman Jr, Paul Edward, 04/13/04
04-DEA-435860, $6,500.00 U.S. Currency, Wheeling, WV, Black, Becky Jo, 04/13/04
04-DEA-435881, $1,788.05 U.S. Currency, Wheeling, WV, Black, Becky Jo, 04/13/04
04-DEA-435884, $532.00 U.S. Currency, Wheeling, WV, Norman Jr, Paul Edward, 04/13/04

**SECOND NOTICE**
**LAST DATE TO FILE AUGUST 04, 2004**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**NORTHERN DISTRICT OF ALABAMA**
04-DEA-435539, $11,320.00 U.S. Currency, Tuscaloosa, AL, Morales-Hernandez, Edgar Gerardo, 04/19/04
04-DEA-435879, Robertson Banking Company, Certificate of Deposit #308510, VL: $25,077.26, Demopolis, AL, Mack, Roosevelt, 04/28/04
**SOUTHERN DISTRICT OF ALABAMA**
04-DEA-435927, $26,180.00 U.S. Currency, Loxley, AL, Mayorga, Pedro Treminio, 04/22/04
**WESTERN DISTRICT OF ARKANSAS**
04-DEA-432960, 1993 Mercury Villager, 4M2DV11W5PDJ46810, Rogers, AR, Oregon-Landa, Carlos, 03/03/04
**DISTRICT OF ARIZONA**
04-DEA-435489, Homemade Flatbed Trailer, No VIN, Tucson, AZ, Borquez, Jesus Carlos, 04/19/04
04-DEA-435602, $11,600.00 U.S. Currency, Glendale, AZ, Elenes-Rivera, Arturo, 04/27/04
04-DEA-435621, $3,762.00 U.S. Currency, Glendale, AZ, Galvez-Camacho, Jesus Aaron, 04/27/04
04-DEA-435622, $1,000.00 U.S. Currency, Glendale, AZ, Galvez-Camacho, Jesus Aaron, 04/27/04
**CENTRAL DISTRICT OF CALIFORNIA**
04-DEA-428446, $400,300.00 U.S. Currency, Van Nuys, CA, Stelpflug, Caitlin Rose, 11/06/03
04-DEA-428448, $1,000.00 U.S. Currency, Van Nuys, CA, Roberts, Sharita, 11/06/03
04-DEA-434737, Montecito Bank & Trust, Account #191-440-986, VL: $8,429.40, Santa Barbara, CA, Buxton, Richard, 04/06/04
04-DEA-435421, $175,000.00 U.S. Currency, Orange, CA, Gomez, Jorge Galeana and Fernandez, Juan Jose and Fernandez, Fernando Martinez, 05/18/04
04-DEA-435722, $65,010.00 U.S. Currency, Signal Hill, CA, Henderson, Ferrol, 04/22/04
04-DEA-435792, Approximate 15,240 Various Pseudoephedrine Tablets, VL: $3,771.29, Los Angeles, CA, Aoh, Jae Soo, 04/21/04
04-DEA-435796, $34,570.00 U.S. Currency, Los Angeles, CA, Avendano, Jesus, 04/28/04
04-DEA-435801, Approximate 25,542 Pseudoephedrine Tablets and 34 Bottles Pseudoephedrine Syrup, VL: $6,400.93, Los Angeles, CA, Aziz, Abdul Karim, 04/21/04
04-DEA-435803, $8,467.00 U.S. Currency, Cudahy, CA, Perez, Juan, 05/04/04
04-DEA-435813, Approximate 161,380 Pseudoephedrine Tablets and 136 Bottles Pseudoephedrine, VL: $43,862.45, Los Angeles, CA, Aziz, Abdul Karim, 04/21/04
04-DEA-435815, Approximate 18,384 Pseudoephedrine Tablets, VL: $4,802.16, Los Angeles, CA, Pae, Yun Yong, 04/21/04
04-DEA-435822, Approximate 43,710 Various Pseudoephedrine Tablets, VL: $11,482.72, Los Angeles, CA, Pae, Yun Yong, 04/21/04
04-DEA-435823, $1,912.00 U.S. Currency, Los Angeles, CA, Morganfield, Leroy, 04/27/04
04-DEA-435857, $17,765.00 U.S. Currency, Los Angeles, CA, Gillenwater, Dion Lamont, 04/23/04
04-DEA-435858, $18,840.00 U.S. Currency, Los Angeles, CA, Alexander, Joseph Hershey, 04/22/04
04-DEA-435902, $49,920.00 U.S. Currency, Pacoima, CA, Estrada, Jose Escobar AKA Escabor, Jose Alvaro, 04/21/04
**EASTERN DISTRICT OF CALIFORNIA**
04-DEA-435497, $980.00 U.S. Currency, Fresno, CA, Gonzalez, Alfonso Mendoza, 04/27/04
04-DEA-435531, $28,800.00 U.S. Currency, Fresno, CA, Ochoa, Luis Alberto Torres AKA Huero AKA Ochoa, Luis, 04/27/04
04-DEA-435818, $2,914.00 U.S. Currency, Cutler, CA, Olivas, Jaime De La Vega and Olivas, Maria, 04/30/04
04-DEA-435864, $4,306.00 U.S. Currency, Fresno, CA,
04-DEA-435562, $36,998.00 U.S. Currency, Winder, GA, Henderson, Tyrone Andre and Mays, Nelson Anthony, 04/29/04
04-DEA-435586, 1999 Honda Civic DX, 1HGEJ6571XL009330, Winder, GA, Martinez-Reza, Mariano, 04/29/04
04-DEA-435782, $694,116.00 U.S. Currency, Lawrenceville, GA, Mondragon, Miguel Angel and Flores, Gilberto, 04/24/04
**DISTRICT OF GUAM**
04-DEA-435690, $3,300.00 U.S. Currency, Mangilao, GU, Blas, Paul Torres, 04/21/04
04-DEA-435963, 1998 Harley Davidson FXD Motorcycle, 1HD1GHL19WY309588, Mangilao, GU, Blas, Paul Torres, 04/21/04
**DISTRICT OF HAWAII**
04-DEA-435891, $4,203.00 U.S. Currency, Lihue, HI, Kim, Ruben, 04/27/04
**SOUTHERN DISTRICT OF IOWA**
04-DEA-434517, (2) West Bank Accounts #2663589 (VL: $6,993.13) & #501105054 (VL: $920.86), VL: $7,915.99, Des Moines, IA, Ly, Long Han, 04/04/04
**NORTHERN DISTRICT OF ILLINOIS**
04-DEA-434685, $39,340.00 U.S. Currency, Chicago, IL, Rivera, Juan Jose, 04/03/04
04-DEA-435106, 1997 Ford Expedition, 1FMFU18L5VLA89830, Chicago, IL, Rodriguez, Juan, 04/06/04
04-DEA-435588, 2001 BMW X5 Station Wagon 5D 4.4, WBAFB33511LH14023, Chicago Heights, IL, Galvan, Gustavo AKA Gai Van, Gustavo and Ruiz, Rocio, 04/20/04
**SOUTHERN DISTRICT OF ILLINOIS**
04-DEA-434964, $22,700.00 U.S. Currency, Fairview Heights, IL, Lowery, Bernita, 04/15/04
04-DEA-434992, $41,021.00 U.S. Currency, East St. Louis, IL, Cole, Ramone, 04/15/04
04-DEA-435307, 1987 Buick Regal-V8 Grand National, 1G4GJ1174HP455896, East St. Louis, IL, McCottrell, Louis, 04/15/04
**WESTERN DISTRICT OF KENTUCKY**
04-DEA-435540, 1994 Chrysler Town & Country Mini Van, 1C4GH54L7RX213993, Louisville, KY, Johnson Jr, Irwin AKA Johnson, Irwin, 04/22/04
04-DEA-435850, $13,820.00 U.S. Currency, Louisville, KY, Villarreal, Roberto, 04/27/04
**EASTERN DISTRICT OF LOUISIANA**
04-DEA-434649, Smith & Wesson Model SW1911 .45 Caliber Pistol, Ser No JRD5153, VL: $400.00, New Orleans, LA, Tran, Linh V, 03/31/04
04-DEA-434661, Smith & Wesson Model 410 Pistol, Ser No VJE5291, VL: $400.00, New Orleans, LA, Tran, Linh V, 03/31/04
04-DEA-434686, $22,864.00 U.S. Currency, New Orleans, LA, Tran, Linh V, 03/31/04
04-DEA-435546, $3,501.00 U.S. Currency, Amite, LA, Batiste, Howard, 04/14/04
04-DEA-435856, $1,660.00 U.S. Currency, Covington, LA, Ramirez, Christopher Lee, 04/24/04
**MIDDLE DISTRICT OF LOUISIANA**
04-DEA-435587, $10,000.00 U.S. Currency, Baton Rouge, LA, Guerin, Frederick L, 04/22/04
04-DEA-435598, $4,004.00 U.S. Currency, Baton Rouge, LA, Guerin, Frederick L, 04/22/04
04-DEA-435617, 2002 Chevrolet Avalanche, 3GNEC13T82G156303, Baton Rouge, LA, Guerin, Frederick L, 04/22/04
**DISTRICT OF MARYLAND**
04-DEA-434393, $3,936.00 U.S. Currency, Seat Pleasant, MD, Buckner Jr, Gerald Jerome AKA Bo AKA Bucknker, Gerlald J AKA Vest Jr, James AKA Pannell, Ronald Edward AKA Rapley, Horace Clifton, 03/31/04
04-DEA-435028, $2,603.00 U.S. Currency, Baltimore, MD, Barmore, A Juvenile, 04/21/04
04-DEA-435113, $3,761.00 U.S. Currency, Baltimore, MD, Williams, Hubert Gododd AKA Williams, Paul, 05/21/04
04-DEA-435180, $5,000.00 U.S. Currency in Safe Deposit Box #7545, Bank of America, Baltimore, MD, Anderson, William, 04/22/04
04-DEA-435637, $1,480.00 U.S. Currency, Baltimore, MD, Wells, Melinda Yvonne AKA Wells, Melinda Yvonna AKA Woodfield, Melinda AKA Well, Melinda, 04/21/04
04-DEA-435649, $2,757.00 U.S. Currency, Baltimore, MD, Daniels, Chover AKA Daniels, Troy AKA Boyd, Troy AKA Daniels, Choyer AKA Daniel, Troy AKA Brown, Jacque Alphonso AKA Damels, Choyer, 04/20/04
04-DEA-435675, Bank of America, Account #003934603460, VL: $35,052.95, Baltimore, MD, Anderson, William, 04/22/04
04-DEA-435681, $1,229.00 U.S. Currency, Baltimore, MD, Branch, Charles AKA Black, Charles Ray AKA Black, Clinton AKA Branch, Clinton Roy AKA Branch, Clinton Ray AKA Br[illegible]
Earl A[illegible]
William[illegible]
Charle[illegible]
04-DE[illegible]
Trostle[illegible]
Stuart,[illegible]
04-DE[illegible]
#0039[illegible]
William[illegible]
04-DEA[illegible]
WBAAM3332XCA81897, Bladensburg, MD, Rosario, Candido, 04/26/04
04-DEA-436034, $1,436.00 U.S. Currency, Baltimore, MD,

GOVERNMENT EXHIBIT 11

$23,185.62, Newburg[illegible]
04-DEA-435689, $2,[illegible]
Drowne, James, 04/2[illegible]
04-DEA-435805, $28[illegible]
NY, Jimenez, Angelo,[illegible]
04-DEA-435821, $15[illegible]
Vernon, NY, Marie-D[illegible]
AKA Camacho, Benn[illegible]
**WESTERN DISTRIC[illegible]**
04-DEA-435388, $9,[illegible]
Niagara, NY, Farrell,[illegible]
04-DEA-435502, $2,[illegible]
Peters, Brion Lee, 04[illegible]
**NORTHERN DISTRI[illegible]**
04-DEA-435910, $2([illegible]
OH, Tubbins, Sharro[illegible]
AKA Johnson, Sharo[illegible]
04-DEA-435911, $3,[illegible]
Palmer, Ahmed N AK[illegible]
05/06/04
**SOUTHERN DISTRI[illegible]**
04-DEA-435333, $1[illegible]
OH, Thompson, Dam[illegible]
Bryheme, 04/21/04
04-DEA-435402, $1,[illegible]
Thompson, Damon I[illegible]
04-DEA-435872, $9,[illegible]
Spikes, Way L, 04/3[illegible]
04-DEA-435874, $8,[illegible]
Martin, Tiffany S, 04/[illegible]
**WESTERN DISTRIC[illegible]**
04-DEA-436325, $9[illegible]
Bollinger, Larry Alfre[illegible]
**WESTERN DISTRIC[illegible]**
04-DEA-435693, $4,[illegible]
Winston, Michael, 04[illegible]
**DISTRICT OF SOUT[illegible]**
04-DEA-430797, Fir[illegible]
No 066002069401, \[illegible]
Woodward, David M[illegible]
04-DEA-435435, 19[illegible]
4A3AK34Y3XE060[illegible]
Catherine Marie, 04/[illegible]
**WESTERN DISTRIC[illegible]**
04-DEA-436818, 19[illegible]
1FTZF0723WKA315[illegible]
04/01/04
**EASTERN DISTRIC[illegible]**
04-DEA-435912, $4,[illegible]
Hernandez Jr, Marc[illegible]
05/05/04
04-DEA-436271, 19[illegible]
1HGCG2256XA020[illegible]
Javier, 05/06/04
**NORTHERN DISTR[illegible]**
04-DEA-433985, $1[illegible]
Ruiz, Aaron AKA Ru[illegible]
04-DEA-433986, $1[illegible]
DeLaRosa, Juan Jo[illegible]
04-DEA-435987, As[illegible]
.22LR H. Schmidt O[illegible]
499565; (1) Davies I[illegible]
No D074980, San A[illegible]
04/27/04
**SOUTHERN DISTR[illegible]**
04-DEA-434821, 20[illegible]
2T1KR38E64C1993[illegible]
Alfredo, 04/13/04
04-DEA-434945, 19[illegible]
3B7HC12Z7WG1F5[illegible]
Dale, 04/15/04
04-DEA-435009, 20[illegible]
1FMZU72E02ZA141[illegible]
04/17/04
04-DEA-435075, $1[illegible]
Hinojosa, Juan Jose[illegible]
04-DEA-435099, 19[illegible]
1FTZX17WXWNB7[illegible]
Armando, 04/19/04
04-DEA-435144, $4[illegible]
Vasquez, Roberto, ([illegible]
04-DEA-435148, 20[illegible]
1GNEC13T51R139[illegible]
04/16/04
04-DEA-435216, $1[illegible]
Ngo, Hiep AKA Ngu[illegible]
04-DEA-435221, 20[illegible]
5GRGN23U13H110[illegible]
04/06/04
04-DEA-435223, 2([illegible]
1FTRX17L7YKA50[illegible]
[illegible]/04
[illegible]A-435419, $[illegible]
[illegible]dez-Rodrigue[illegible]
[illegible]A-435424, $[illegible]
[illegible]-Molina, Win[illegible]
[illegible]A-435492, 2([illegible]
[illegible]20L91EB402[illegible]
[illegible]04
[illegible]A-435524, $1[illegible]
[illegible]ez, Roberto, ([illegible]
[illegible]A-435633, $[illegible]
Wade, Courtney A,[illegible]
04-DEA-435644, 1[illegible]
1B4GP54L0WB525[illegible]

THE WALL STREET JOURNAL.

TUESDAY, JULY 6, 2004

◈ PUBLIC NOTICES ◈

# LEGAL NOTICE
# ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, becaus the property wa remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico Virginia 22134- Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property durir Asset Forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspect

**FIRST NOTICE**
**LAST DATE TO FILE AUGUST 18, 2004**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**MIDDLE DISTRICT OF ALABAMA**
04-DEA-435613, $2,551.00 U.S. Currency, Montgomery, AL, Anderson, Stephen Byron, 04/21/04
04-DEA-435937, $7,800.00 U.S. Currency, Montgomery, AL, Anderson, Stephen Byron AKA Green, Willie and Carter, Lauren and Coleman, DeAnthony, 04/21/04
04-DEA-435956, $2,021.00 U.S. Currency, Montgomery, AL, Dean, Cornelius D, 05/01/04
(1) Mens 18k gold and stainless steel Rolex Oyster Watch, Ser No R162333GB6252; (1) Mens 14k yellow gold 30 inch necklace with gold and diamond cross; (1) Mens 14k yellow gold and diamond bracelet; (1) 14k white gold ladies engagement ring, diamond weight of 1.07 ct, Bridgeport, CT, Cruz, Carlos, 04/21/04
04-DEA-435503, Glock Model 19 9mm Caliber Handgun, Ser No ALU978US, VL: $641.00, Bridgeport, CT, Cruz, Carlos, 04/21/04
04-DEA-435508, Intratec CAT 9 9mm Caliber Handgun, Ser No 01464, VL: $215.00, Bridgeport, CT, Cruz, Carlos, 04/21/04
04-DEA-435509, Glock Model 19 9mm Caliber Handgun, Ser No ATM258US, VL: $641.00, Bridgeport, CT, Cruz, Carlos, 04/21/04
04-DEA-435510, Smith & Wesson Model 915 9mm Caliber Handgun, Ser No TZW7258, VL: $350.00, Bridgeport, CT, Cruz, Carlos, 04/21/04
04-DEA-435513, Charter Arms .38 Special 38 Caliber Handgun, Ser No 891335, VL: $240.00, Bridgeport, CT, Cruz, Carlos, 04/21/04
04-DEA-436281, $89,139.00 U.S. Currency, Stamford, CT, Sempey, Christopher, 05/10/04
**DISTRICT OF COLUMBIA**
04-DEA-435884, $60,280.00 U.S. Currency, Washington, DC, Beachum, Carlton Joseph, 04/29/04
**MIDDLE DISTRICT OF FLORIDA**
04-DEA-435945, $6,000.00 U.S. Currency, Sarasota, FL, Coleman, Brian Keith, 05/05/04
04-DEA-436194, $3,000.00 U.S. Currency, Fort Myers, FL, Butler, Christopher, 05/05/04
04-DEA-436285, $16,000.00 U.S. Currency, Jacksonville, FL, King, Artavis, 05/09/04
04-DEA-436301, $3,380.00 U.S. Currency, Orlando, FL, Latorre, Alexis Waldemar AKA Bermudez, Ramon, 05/11/04
04-DEA-436305, $2,731.00 U.S. Currency, Longwood, FL, Florence, Erskine, 04/22/04
04-DEA-436679, $9,000.00 U.S. Currency, Bradenton, FL, Lugo, Juan, 05/11/04
**SOUTHERN DISTRICT OF FLORIDA**
04-DEA-435269, $13,063.00 U.S. Currency, Ft. Lauderdale, FL, Moore, Valrie Jennifer, 04/20/04
04-DEA-435274, $15,410.00 U.S. Currency, Ft. Lauderdale, FL, McLean, Teaseus St. Benedict, 04/20/04
04-DEA-435701, $11,000.00 U.S. Currency, Hialeah, FL, Leon, Armando, 04/21/04
04-DEA-435745, $6,557.00 U.S. Currency, Sunny Isles Beach, FL, Gonzalez, Rosa Elena, 04/20/04
04-DEA-435876, Wachovia Bank, Account #1010062400323, VL: $9,304.75, Miami, FL, Suarez, Omar, 04/21/04
04-DEA-435889, Wachovia Bank, Account #1010057360096, VL: $29,228.90, Miami, FL, Suarez, Guillermo, 04/21/04
04-DEA-435892, Wachovia Bank, Account #1010057495819, VL: $193.47, Miami, FL, Wulff, Federico G, 04/21/04
04-DEA-435916, Commerce Bank, Account #8600859406, VL: $1,181.71, Miami, FL, Telle, Jose Luis, 04/21/04
04-DEA-435918, Commerce Bank, Account #8301547606, VL: $12,967.56, Miami, FL, Casado, Roberto, 04/21/04
04-DEA-435929, Ocean Bank, Account #0093210806, VL: $500.00, Miami, FL, Wulff, Gustavo AKA Wulff Izaguirre, Gustavo R and Castrechini, Elizabetta AKA Castrechini Franco, Elizabetta, 04/21/04
04-DEA-435938, Ocean Bank, Account #0131703208, VL: $7,273.45, Miami, FL, Rodriguez Ojeda, Juan and Rodriguez, Mercedes and Rodriguez, Sandoval and Rodriguez, Angelica, 04/21/04
04-DEA-435943, Ocean Bank, Account #0153175106, VL: $2,719.13, Miami, FL, Mosquera, Jose, 04/21/04
04-DEA-435947, Ocean Bank, Account #0139681106, VL: $24,844.45, Miami, FL, Muller, Jorge A Astorga, 04/21/04
04-DEA-435950, Ocean Bank, Account #0155279120, VL: $5,619.20, Miami, FL, Tasca Bardi, Arnaldo, 04/21/04
04-DEA-435952, Ocean Bank, Account #67370608, VL: $85,000.00, Miami, FL, Severino, Alfonso AKA Severino de Guglielmo, Alfonso and Gonzalez, Marleny, 04/21/04
04-DEA-435955, Ocean Bank, Account #0093210820, VL: $6,238.78, Miami, FL, Wulff, Account #0119295706, VL: $48,000.00, Miami, FL, Southwest Trading, Inc. c/o Bracho, Ricardo, 04/21/04
04-DEA-436178, Eagle National Bank, Account #3170294515, VL: $2,273.00, Miami, FL, Southwest Trading, Inc. c/o Barrios, Fernando and Barrios, Ruben Dario, 04/21/04
04-DEA-436183, Great Eastern Bank of Florida, Account #1030850112, VL: $9,777.42, Miami, FL, Southwest Trading, Inc. c/o Barrios, Fernando and Barrios, Ruben Dario, 04/21/04
04-DEA-436187, Washington Mutual Bank, Account #038700001702269, VL: $2,424.65, Miami, FL, Leymo Trading Corp., 04/21/04
Simonson, Heidi Renee, 04/26/04
04-DEA-435384, $4,867.00 U.S. Currency, Salisbury, NC, Hedrick, Carroll Stanton, 04/28/04
04-DEA-435724, $1,252.00 U.S. Currency, Winston Salem, NC, Commodore Jr, Fred Bernard, 05/04/04
04-DEA-435756, $7,254.94 U.S. Currency, Jackson Springs, NC, Brown, Fairell Ray and Brown, Effie, 05/04/04
04-DEA-436189, $3,671.00 U.S. Currency, Winston Salem, NC, Dunlap, Larry Stephen, 05/13/04
04-DEA-436292, $9,780.00 U.S. Currency, Asheboro, NC, Fair, Ronnie Wilton, 05/13/04
04-DEA-436293, $1,413.47 U.S. Currency, Asheboro, NC, Fair, Ronnie Wilton, 05/13/04
04-DEA-436414, $10,046.00 U.S. Currency, Durham, NC, Zaragoza, Federico Duarte, 04/20/04
04-DEA-436426, $9,600.00 U.S. Currency, Durham, NC, Kearney, Ricky Donell, 05/13/04
04-DEA-436452, 2000 Nissan Maxima GLE, JN1CA31D5YT705452, Durham, NC, Zaragoza, Federico Duarte, 04/20/04
**WESTERN DISTRICT OF NORTH CAROLINA**
04-DEA-435863, $3,570.00 U.S. Currency, Charlotte, NC, Dumas, Roddie Phillip AKA Polk, Rodney Devon, 04/23/04
04-DEA-435919, $3,877.00 U.S. Currency, Valdese, NC, Rishel, Dale Eugene, 05/03/04
**DISTRICT OF NEW JERSEY**
04-DEA-435084, $200,000.00 U.S. Currency, Jersey City, NJ, Martinez-Cardona, Juan Carlos, 04/19/04
**DISTRICT OF NEW MEXICO**
04-DEA-436064, Intratec Model AB-10 9mm Caliber Pistol, Ser No A049430, VL: $150.00, Albuquerque, NM, Saenz, David, 05/28/04
**EASTERN DISTRICT OF NEW YORK**
04-DEA-436428, $7,900.00 U.S. Currency, N. Patchogue, NY, Monforte, Jarett, 05/05/04
04-DEA-436490, $4,983.00 U.S. Currency, Brooklyn, NY, Ferguson, Kelvin, 05/05/04
04-DEA-436568, $50,000.00 U.S. Currency, Queens, NY, Dones, Addiel Roberto Moreau, 05/06/04
**NORTHERN DISTRICT OF NEW YORK**
04-DEA-436302, $2,295.00 U.S. Currency, Ellenville, NY, Smith, Joshua D, 05/05/04
**SOUTHERN DISTRICT OF NEW YORK**
04-DEA-435254, 1999 Mercedes Benz ML320, 4JGAB54E3XA052109, Syracuse, NY, Settles, Deborah, 04/19/04
04-DEA-436458, $8,000.00 U.S. Currency, New York, NY, Grisales, Magdalena, 04/28/04
04-DEA-436489, 1998 Lincoln Town Car V8, 1LNFM81W3WY682930, Manhattan, NY, Binet, Santiago, 05/10/04
04-DEA-436493, $199,959.00 U.S. Currency, Yonkers, NY, Suero-Pena, Tomas, 05/06/04
04-DEA-436496, $2,934.00 U.S. Currency, Bronx, NY, Delgado, Jorge, 05/03/04
04-DEA-436497, $20,990.00 U.S. Currency, Yonkers, NY, Garcia, Fausto, 05/07/04
04-DEA-436504, 2001 Chevy Silverado C1500/Pickup, 1GCEK19V912101880, Yonkers, NY, Suero-Pena, Tomas, 05/06/04
04-DEA-436512, $149,695.00 U.S. Currency, Yonkers, NY, Suero-Pena, Tomas, 05/06/04
04-DEA-436513, $2,625.00 U.S. Currency, Bronx, NY, Torres, Jermel, 04/27/04
04-DEA-436517, $1,000.00 U.S. Currency, New York, NY, Abreu, Vincente, 05/04/04
04-DEA-436555, 1994 Buick Roadmaster, 1G4BN52PXRR417034, New York, NY, Garcia, Roberto AKA Garcia, Robert, 05/10/04
**WESTERN DISTRICT OF NEW YORK**
04-DEA-433547, $19,881.00 U.S. Currency, Dewitt, NY, Lozano, Alba and Zapata, Marysol, 03/18/04
04-DEA-433912, 1996 Dodge Grand Caravan, 1B4GP54L1TB130063, Dewitt, NY, Zapata, Marysol, 03/18/04
04-DEA-436182, $42,743.00 U.S. Currency, Pembroke, NY, Lopez, Aurelio, 05/12/04
04-DEA-436200, $5,250.00 U.S. Currency, Lancaster, NY, Schultz, Jason M, 05/07/04
04-DEA-436228, $3,506.00 U.S. Currency, Rochester, NY, Miller, Lashawn Lee, 05/04/04
**NORTHERN DISTRICT OF OHIO**
04-DEA-426932, 1994 Pontiac Bonneville SE, 1G2HX52L0R4286655, Cleveland, OH, Brown, Frankford Turnpike, PA, Andrews, Tamar Mitjah, 05/02/04
04-DEA-436371, $177,095.00 U.S. Currency, Upper Frankford Turnpike, PA, George, Marc Terrence AKA Ellison, Brian AKA Hawkins, Matthew Marc, 05/02/04
04-DEA-436388, $29,800.00 U.S. Currency, Newville, PA, Andrews, Tamar Mitjah, 05/03/04
**WESTERN DISTRICT OF PENNSYLVANIA**
04-DEA-436389, $14,714.00 U.S. Currency, West Homestead, PA, Dennis, Aaron L, 05/11/04
**DISTRICT OF PUERTO RICO**
04-DEA-436115, Banco Santander, Account #3105357353, VL: $30,000.00, San Juan, PR,
04-DEA-435289, $3,230.00 U.S. Currency, Madison, WI, Jackson, Anna AKA Abad, Anna, 04/22/04
04-DEA-435779, $1,239.00 U.S. Currency, La Crosse, WI, A Juvenile, 05/03/04
04-DEA-435986, $3,059.00 U.S. Currency, Wisconsin Rapids, WI, Murray, Ryan P, 05/10/04
**SOUTHERN DISTRICT OF WEST VIRGINIA**
04-DEA-435630, $1,815.00 U.S. Currency, Charleston, WV, Wilson, Randolph, 04/19/04
04-DEA-435777, Assorted Weapons, VL: $355.00, (1) Hi Point .40 Caliber semiautomatic Pistol, Ser No 121931; (1) Raven Model MP25 .25 Caliber semiautomatic Pistol, Ser No 1848081; (1) Rexdco Model RJ .38 Caliber Revolver, Ser No 093506; (1) Intertec Model Tec-9 9mm semiautomatic Pistol, Ser No 128133, Wheeling, WV, Wilson, Randolph, 04/19/04
04-DEA-435824, Benelli 12 gauge Pump Action Arms Shotgun, Ser No V124472, VL: $300.00, Charleston, WV, Wilson, Randolph, 04/19/04

**SECOND NOTICE**
**LAST DATE TO FILE AUGUST 11, 2004**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ALABAMA**
04-DEA-435247, $36,349.00 U.S. Currency, Jemison, AL, Rojas, Candelario Canedo, 04/10/04
**DISTRICT OF ARIZONA**
04-DEA-435900, 1980 Chevrolet Silverado 1/2 Ton Pick Up Truck, CCL14AJ101111, Patagonia, AZ, Hobson, Roger David AKA Allen, Michael C AKA Hobson, Roger AKA Hobson, David Roger, 04/25/04
04-DEA-436012, Fabrique National 9mm Semi-Auto Handgun with Magazine, Ser No 245PX26865, VL: $260.00, Phoenix, AZ, Rivas-Lopez, Mario, 05/06/04
04-DEA-436025, (2) Assorted Weapons, VL: $240.00, (1) Remington Wingmaster, Model 870 20 gauge Shotgun, Ser No T720722N; (1) Marlin Model 120 .22 Caliber Long Rifle, Ser No 26280872, Phoenix, AZ, Ochoa-Beltran, Maria de Jesus, 05/06/04
04-DEA-436137, 1993 Chevrolet C14 Utility Flatbed Truck, 1GCEC14KXPZ245022, Tucson, AZ, Rodriguez, Jimmy Garcia AKA Rodriguez Jr, Jimmy AKA RodriguezGarcia, Jimmy, 05/02/04
04-DEA-436304, $35,971.00 U.S. Currency, Phoenix, AZ, Evans, Paul Mansfield, 05/02/04
04-DEA-436306, $40,000.00 U.S. Currency, Phoenix, AZ, Scott, Amy L, 05/04/04
04-DEA-436311, $5,281.00 U.S. Currency, Phoenix, AZ, Stewart, Christopher Robert, 04/30/04
04-DEA-436313, $8,440.00 U.S. Currency, Phoenix, AZ, Rogers, Tyrone, 05/04/04
04-DEA-436315, $11,426.00 U.S. Currency, Phoenix, AZ, Reyes, Armando Diaz, 05/06/04
04-DEA-436368, 2003 Cadillac Escalade ESV, 3GYFK66N33G207194, Phoenix, AZ, Suter, Jason, 05/07/04
**CENTRAL DISTRICT OF CALIFORNIA**
04-DEA-433738, $599,430.00 U.S. Currency, Piecentia, CA, Ayala, Javier Hugo Ramirez AKA Martinez, Marco Antonio AKA Cabrera, Mario Castaneda AKA Cabrerra, Mario AKA Cabrera, Mario AKA Cabera, Mario B AKA Cabrera, Mario Rene AKA ArchelaCabrea, Mario Rene AKA Archela, Mario Rene AKA ArchilaCabrera, Mario AKA Archila, Mario AKA Vasquez, Juan Zudajama AKA Vasquez, Juan Xudajama AKA Vasquez, Juan Tudajama, 03/16/04
04-DEA-435246, $180,020.00 U.S. Currency, Lakewood, CA, Chuck, Shonia AKA Chen, Nicole Stephanie, 04/13/04
04-DEA-435718, $1,787.00 U.S. Currency, Palmdale, CA, Burns, Aundrea, 04/22/04
04-DEA-435723, $26,000.00 U.S. Currency in Safe Deposit Box #1010, Washington Mutual Bank, Palmdale, CA, Burns, Aundrea, 04/22/04
04-DEA-435804, $4,189.00 U.S. Currency, Long Beach, CA, Mathews, Charles, 05/04/04
04-DEA-436121, Bank of America, Account #03107-13879; VL: $8,800.18, Los Angeles, CA, L.A. Jewelry Club, 05/07/04
04-DEA-436247, $1,500.00 U.S. Currency, Los Angeles, CA, Yepez, Tomas Lopez, 04/28/04
04-DEA-436253, (10) Assorted Money Orders, VL: $4,965.00, (8) Global Express Money Orders, Ser Nos 214063446; 214063450; 214063451;
04-DEA-436663, $7,006.00 U.S. Currency, Pasadena, CA, Azimi, Behnam, 04/09/04
04-DEA-436664, $1,300.00 U.S. Currency, Los Angeles, CA, Yakhobzadeghan, Jakob, 04/09/04
04-DEA-436665, $1,156.00 U.S. Currency, Beverly Hills, CA, Yashar, Soleman, 04/09/04
04-DEA-436666, $28,300.00 U.S. Currency, Encino, CA, Yousefi, Bijan, 04/09/04
04-DEA-436667, $24,090.00 U.S. Currency in two Safe Deposit Boxes # Z3713 & # Z0143, Washington Mutual Bank, Tarzana, CA, Yousefi, Bijan, 04/09/04
**EASTERN DISTRICT OF CALIFORNIA**
04-DEA-435589, $2,025.00 U.S. Currency,
Savings Account #17009343, VL: $150,159.02, Palos Hills, IL, Mohammad, Fadel and Mohammad, Najah, 04/15/04
04-DEA-435676, Miscellaneous Jewelry in Safe Deposit Box #531, Family Bank & Trust, VL: $143,635.00, Palos Hills, IL, Mohammad, Najah and Mohammad, Osama, 04/15/04
**SOUTHERN DISTRICT OF ILLINOIS**
04-DEA-435182, $3,350.00 U.S. Currency, Fairmont City, IL, Lopez, Martin, 04/09/04
04-DEA-435190, $2,951.00 U.S. Currency, Fairmont City, IL, Perez, Martin, 04/09/04
04-DEA-435193, 1995 Chevrolet C1500 Pickup Truck, 1GBEC19K7SE279626, Fairmont City, IL, Perez, Martin, 04/09/04
**NORTHERN DISTRICT OF INDIANA**
04-DEA-435095, $1,452.00 U.S. Currency, Laporte, IN, Aldridge, Keith, 04/06/04
04-DEA-435468, $10,495.00 U.S. Currency, South Bend, IN, Martinez, Jazmin, 04/29/04
04-DEA-435632, $3,866.00 U.S. Currency, Fort Wayne, IN, Ganaway, Aritha, 05/03/04
04-DEA-435638, $1,958.00 U.S. Currency, Fort Wayne, IN, Ganaway, Aritha, 05/03/04
04-DEA-435640, $15,012.00 U.S. Currency, Fort Wayne, IN, Hall, Cindy Carlisle, 05/03/04
04-DEA-435643, $3,357.00 U.S. Currency, Fort Wayne, IN, Hall, Starling, 05/03/04
**SOUTHERN DISTRICT OF INDIANA**
04-DEA-435101, $3,000.00 U.S. Currency, Indianapolis, IN, Raber, Wayne, 04/15/04
04-DEA-435309, $39,000.00 U.S. Currency, Anderson, IN, Layne, Dantley, 04/09/04
04-DEA-435315, 2002 Cadillac Escalade, 1GYEK63N42R114571, Anderson, IN, Layne, Dantley, 04/09/04
04-DEA-435475, $8,350.00 U.S. Currency, Frankfort, IN, Vega, Francisco, 04/16/04
**DISTRICT OF KANSAS**
04-DEA-435392, $2,534.00 U.S. Currency, Wichita, KS, Vargas, Saul E, 04/23/04
**DISTRICT OF MASSACHUSETTS**
04-DEA-435731, 1995 GMC Yukon, 1GKEK13K9SJ759461, Webster, MA, Rodriguez, Candido, 04/14/04
04-DEA-435737, $2,430.00 U.S. Currency, Northbridge, MA, Cabral, Carlos and Garcia, Elys, 04/15/04
04-DEA-436358, $16,706.00 U.S. Currency, Lynn, MA, Rosales, Jose, 05/01/04
04-DEA-436365, $19,900.00 U.S. Currency, Lynn, MA, Rosales, Jose, 05/01/04
04-DEA-436367, $4,649.00 U.S. Currency, Lynn, MA, Rosales, Jose, 05/01/04
04-DEA-436982, $1,020.00 U.S. Currency, Lynn, MA, Lovos, Armando, 05/01/04
**DISTRICT OF MARYLAND**
04-DEA-434702, $70,964.00 U.S. Currency, Baltimore, MD, Dunn, Angelarose Michelle, 04/05/04
04-DEA-434703, $3,864.93 U.S. Currency, Baltimore, MD, Warfield, Larry Eugena, 04/05/04
04-DEA-435178, $2,740.00 U.S. Currency, Baltimore, MD, Anderson, William, 04/21/04
04-DEA-435202, $1,171.07 U.S. Currency, Frederick, MD, Vaughan, Kevin Alexander, 04/14/04
04-DEA-435203, 1998 Lincoln Navigator, 5LMFU28L3WLJ06158, Frederick, MD, Vaughan, Kevin Alexander, 04/14/04
04-DEA-435206, $15,500.00 U.S. Currency, Linthicum, MD, Cortez, Alma, 04/23/04
04-DEA-435528, $5,600.00 U.S. Currency, Baltimore, MD, Naar, Jean Cesar, 04/29/04
04-DEA-435671, Bank of America, Certificate of Deposit Account #91000018324897, VL: $5,250.48, Baltimore, MD, Anderson, William, 04/22/04
04-DEA-435673, Bank of America, Certificate of Deposit Account #55401526009153, VL: $1,032.29, Baltimore, MD, Anderson, William, 04/22/04
04-DEA-435794, Home Depot Refund Check, Ser No 031100209, VL: $3,273.31, Baltimore, MD, Ocampo, Lena Lydia, 04/29/04
04-DEA-436162, $2,900.00 U.S. Currency, Baltimore, MD, Weems Sr, Landon Myron, 05/11/04
04-DEA-436897, $13,180.00 U.S. Currency, Pasadena, MD, Monteil, Danielle and Shroyer-Hartman, Chad, 04/29/04
**DISTRICT OF MAINE**
04-DEA-435842, $1,475.00 U.S. Currency, Wallace, NC, Kellem, Reginald Goldie Strange, 04/22/04
04-DEA-435865, 2000 Lexus GS300, JT8BD68S1Y0115710, Wilmington, NC, Hyatt, Charles Edward AKA Hyatt, Chaz, 04/26/04
04-DEA-436010, $4,788.00 U.S. Currency, Longwood, NC, Bell, Cory, 05/11/04
04-DEA-436097, 1999 Nissan Quest Van GLE, 4N2XN11T5XD805670, Rowland, NC, Gerena, Jose Luis and Gerena, Josa, 04/21/04
**MIDDLE DISTRICT OF NORTH CAROLINA**
04-DEA-434501, $3,866.00 U.S. Currency, Burlington, NC, Goldston, Tyrone Richard,
2G1WF55K2Y9345377, Syracuse, NY, Easton, Nicole, 04/30/04
04-DEA-436039, $1,115.00 U.S. Currency, Highland, NY, McGlynn, Patrick, 05/05/04
04-DEA-436047, 2002 Nissan Maxima, JN1DA31D02T438877, Moreau, NY, King, Adam Matthew, 05/05/04
04-DEA-436113, Drug Paraphernalia (Pipes & Bongs), VL: $1.00, Potsdam, NY, The Wild Rose, 05/08/04
04-DEA-436119, Drug Paraphernalia (Pipes and Bongs), VL: $1.00, Potsdam, NY, Happy Daze, 05/08/04
**SOUTHERN DISTRICT OF NEW YORK**
04-DEA-435244, 1998 BMW 318, WBACG8321WKC84336, Cortlandt, NY, Barnes, Khalid, 04/10/04
04-DEA-435888, $1,271.00 U.S. Currency, New York, NY, Delvalle, Gladys, 04/19/04
04-DEA-435909, $1,002.00 U.S. Currency, Middletown, NY, Encarnacion, Richard Isaac, 04/23/04
04-DEA-436165, $5,165.00 U.S. Currency, Newburgh, NY, Cole, Ian Darcy, 04/27/04
04-DEA-436222, $8,630.00 U.S. Currency, Bronx, NY, Christian, Clyde, 04/28/04
04-DEA-436229, $11,480.00 U.S. Currency, New York, NY, Townsend, Alexander, 04/23/04
04-DEA-436380, $404,455.00 U.S. Currency, New York, NY, McBee, John Mark, 05/07/04
04-DEA-436421, $128,170.00 U.S. Currency, New York, NY, Sims, Eric K and McBee, John Mark, 05/07/04
04-DEA-436511, $299,025.00 U.S. Currency, Bronx, NY, Gant, Charles, 04/09/04
04-DEA-436553, $1,462.00 U.S. Currency, Bronx, NY, Gant, Charles, 04/09/04
04-DEA-436559, $200,000.00 U.S. Currency, Mt. Vernon, NY, Gant, Dawn, 04/12/04
04-DEA-436586, $12,000.00 U.S. Currency, Bronx, NY, Walters, Danielle, 04/09/04
04-DEA-436595, $81,410.00 U.S. Currency, Mt. Vernon, NY, Swain, Travis, 04/09/04
04-DEA-436675, $2,404.00 U.S. Currency, Bronx, NY, Gant, Charles, 04/09/04
**WESTERN DISTRICT OF NEW YORK**
04-DEA-435511, $2,000.00 U.S. Currency, Rochester, NY, Lara, Miguel, 04/22/04
04-DEA-435517, $1,404.00 U.S. Currency, Rochester, NY, Lara, Gladys, 04/22/04
04-DEA-436001, $7,799.00 U.S. Currency, Findley Lake, NY, Fritz, Robert M, 05/06/04
**NORTHERN DISTRICT OF OHIO**
04-DEA-433183, $5,583.00 U.S. Currency, Youngstown, OH, Unidentified, 03/10/04
**DISTRICT OF OREGON**
04-DEA-436199, $2,500.00 U.S. Currency, Springfield, OR, Alvarez-Briseno, Martha, 05/06/04
04-DEA-436310, 2003 Mercedes Benz CLK320, WDBTJ65JX3F009948, Portland, OR, Somsanith, Vilasak and Vongnath, Cindy, 05/06/04
04-DEA-436318, Rolex Oyster Watch & Diamond Ring, VL: $7,535.00, (1) Men's Rolex Oyster Perpetual Watch Black Dial Style R1623333GB6252, Ser No P925845; (1) 14Kt Diamond Ladies Engagement Ring, Portland, OR, Somsanith, Vilasak and Vongnath, Cindy, 05/06/04
04-DEA-436323, 1998 Chevrolet Tahoe, 1GNEK13R4WJ309156, Springfield, OR, Alvarez-Briseno, Martha, 05/06/04
**DISTRICT OF SOUTH CAROLINA**
04-DEA-434738, $21,760.00 U.S. Currency, Inman, SC, Brooks, Renard and Lopez-Moreno, Roberto, 04/14/04
04-DEA-434787, $24,980.00 U.S. Currency, St. George, SC, Pridgen Jr, Roland Marshall and Franklin, Herbert Lee, 04/13/04
04-DEA-435245, $141,105.00 U.S. Currency, St. George, SC, Sample Jr, Raymond Devon and Sample, Stephon, 04/22/04
04-DEA-435437, 2000 Ford Expedition, 1FMRU1566YLB46133, Dillon, SC, Azahares, Jorge Luis and Folgar, Rigo Alexander, 04/28/04
04-DEA-437069, Assorted Drug Paraphernalia, VL: $7,225.47, Atlantic Beach, SC, Wilkes, Timothy W, 04/15/04
**EASTERN DISTRICT OF TENNESSEE**
04-DEA-431323, $35,430.00 U.S. Currency, Knoxville, TN, Klosowicz, Holly, 01/13/04
**EASTERN DISTRICT OF TEXAS**
Houston, TX, M
04-DEA-43571
Houston, TX, G
04-DEA-43572
Houston, TX, F
04-DEA-43574
Weslaco, TX, L
04-DEA-43574
Hebbronville, T
04/10/04
04-DEA-43583
KNDJB7233Y5
Rodriguez, Jes
04-DEA-43587
61SWX10B, S
Receiver TX-I
AMW-M270 P
B&W DM-603
B&W AS-W50
0022337; (1) I
Ser No A541F
Stereo Power
Bose Wave R
023075C0319
Acoustimass
Acess PX-612
(1) Sensory S
14721207013
Player/Change
No 134X1686
Model 4060; (
disc model D\
ADCOM GFA
A531FB11054
Enhancer, Ser
Miscellaneous
CC652 Speak
(1) 2003 Audi
Precamp/Cont
SVL-1 Speake
0533B00U502
100w/8 ohm, \
Ronald J, 04/1
04-DEA-4366
Machine, Ser i
West Addison,
04/14/04
**EASTERN DI**
04-DEA-4352
Bay, WI, Cran
04-DEA-4353
Milwaukee, W
04-DEA-4354
2P4GP44G5X
Rodriguez, Ra
04-DEA-4357
Bay, WI, Olein
04-DEA-4357
Milwaukee, W
04-DEA-4357
Appleton, WI,
04-DEA-4362
Milwaukee, Wi
**WESTERN DI**
04-DEA-43571
Croix, WI, Wil
04-DEA-43571
1GNDT13S52
J, 05/04/04
04-DEA-4357
Osceola, WI,
**NORTHERN I**
04-DEA-4352
1FALP42T6RF
Paul Edward,
04-DEA-4355
Wheeling, WV,
Paul Edward,
04-DEA-4356
Wheeling, WV,
04-DEA-4356
Wheeling, WV,
04-DEA-4356
Moundsville, V
04-DEA-4356
2C3HD46J2W
Jr, Paul Edwar
04-DEA-4357
1EA1G2622J1
Paul Edward,
04-DEA-4357
1FMPU18L3W
Jr, Paul Edwar
04-DEA-4357
Pickup, 1GCC
Clark, Robert I
04-DEA-4357
#2165 Rifle wi
$50.00, Wheel
04/13/04
04-DEA-4358
Handgun, Ser
Moundsville, V
04-DEA-4358
Shotgun, Ser N
WV, Leach, Th

Case 4:04-cr-40012-FDS Document 49-2 Filed 10/02/2006 Page 18 of 22

## ◈ PUBLIC NOTICES ◈

# LEGAL NOTICE
# ATTENTION

[illegible]1, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). An owner or lienor may file a petition for [illegible] HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. [illegible]son Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with [illegible]equest, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or other correspondence will be deemed filed when actually received by the DEA [illegible]earing in this notice are not necessarily criminal defendants or suspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

04-DEA-436126, Intercontinental Bank, Account #1114824, VL: $9,079.60, Miami, FL, Satellite & Cable Supply Corporation, 04/21/04
04-DEA-436129, Intercontinental Bank, Account #1114913, VL: $8,512.27, Miami, FL, Salge, Freddy Rafael, 04/21/04
04-DEA-436163, Bank of America, Account #1464235912, VL: $500.00, Miami, FL, Cocca, Billy and Torres, Carmen J, 04/21/04
04-DEA-436164, 2001 BMW 330CI, WBABN53491JU30723, Fort Lauderdale, FL, Caldwell, Coy L, 05/07/04
04-DEA-436167, Bank of America, Account [illegible]
SOUTHERN DISTRICT OF MISSISSIPPI
04-DEA-436342, $950.00 U.S. Currency, Philadelphia, MS, Jordan, Spencer, 04/28/04
04-DEA-436351, Smith & Wesson Model SW9F 9mm Caliber Handgun, Ser No PAE9139, VL: $440.00, Philadelphia, MS, Boler, Rodney, 04/28/04
EASTERN DISTRICT OF NORTH CAROLINA
04-DEA-436103, 1997 Ford Expedition, 1FMEU18W1VLB57207, Smithfield, NC, Grullon, Antonio Rolando, 05/10/04
04-DEA-436289, $5,600.00 U.S. Currency, Princeton, NC, Perez, Daniel Antonio, 04/30/04
04-DEA-436435, 2002 Cadillac Escalade, 1GYEC63T82R104413, Sanford, NC, White, Jason Kyle, 05/12/04
04-DEA-436609, $9,620.00 U.S. Currency, Wilmington, NC, Harper II, James Francis AKA Harper, Jay and Hogan, Jesse, 05/11/04
MIDDLE DISTRICT OF NORTH CAROLINA
04-DEA-435232, $8,069.00 U.S. Currency, Salisbury, NC, Vaughters, Lee Alexander and Simonson, Heidi Renee, 04/26/04
04-DEA-435384, $4,867.00 U.S. Currency, Salisbury, NC, Hedrick, Carroll Stanton, 04/28/04
04-DEA-435724, $1,252.00 U.S. Currency, Winston Salem, NC, Commodore Jr, Fred Bernard, 05/04/04
04-DEA-435756, $7,254.94 U.S. Currency, Jackson Springs, NC, Brown, Fairell Ray and Brown, Effie, 05/04/04
04-DEA-436189, $3,671.00 U.S. Currency, Winston Salem, NC, Dunlap, Larry Stephan, 05/13/04
04-DEA-436292, $9,780.00 U.S. Currency, Asheboro, NC, Fair, Ronnie Wilton, 05/13/04
04-DEA-436293, $1,413.47 U.S. Currency, Asheboro, NC, Fair, Ronnie Wilton, 05/13/04
04-DEA-436414, $10,046.00 U.S. Currency, Durham, NC, Zaragoza, Federico Duarte, 04/20/04
*04-DEA-436426, $9,500.00 U.S. Currency, Durham, NC, Kearney, Ricky Donell, 05/13/04*
04-DEA-436452, 2000 Nissan Maxima GLE, JN1CA31D5YT705452, Durham, NC, Zaragoza, Federico Duarte, 04/20/04
WESTERN DISTRICT OF NORTH CAROLINA
04-DEA-435863, $3,570.00 U.S. Currency, Charlotte, NC, Dumas, Roddie Phillip AKA Polk, Rodney Devon, 04/23/04
04-DEA-435919, $3,877.00 U.S. Currency, Valdese, NC, Rishel, Dale Eugene, 05/03/04
DISTRICT OF NEW JERSEY
04-DEA-435064, $200,000.00 U.S. Currency, Jersey City, NJ, Martinez-Cardona, Juan Carlos, 04/19/04
DISTRICT OF NEW MEXICO
04-DEA-436064, Intratec Model AB-10 9mm Caliber Pistol, Ser No A049430, VL: $150.00, Albuquerque, NM, Saenz, David, 05/28/04
EASTERN DISTRICT OF NEW YORK
04-DEA-436428, $7,900.00 U.S. Currency, [illegible] Patchogue, NY, Monforte, Jarett, 05/05/04
04-DEA-436490, $4,983.00 U.S. Currency, Brooklyn, NY, Ferguson, Kelvin, 05/05/04
04-DEA-436568, $50,000.00 U.S. Currency, Queens, NY, Dones, Addiel Roberto Moreau, 05/06/04
NORTHERN DISTRICT OF NEW YORK
04-DEA-436302, $2,295.00 U.S. Currency, Ellenville, NY, Smith, Joshua D, 05/05/04
SOUTHERN DISTRICT OF NEW YORK
04-DEA-435254, 1999 Mercedes Benz ML320, 4JGAB54E3XA052109, Syracuse, NY, Settles, Deborah, 04/19/04
04-DEA-436456, $8,000.00 U.S. Currency, New York, NY, Grisales, Magdalena, 04/28/04
04-DEA-436489, 1998 Lincoln Town Car V8, 1LNFM81W3WY682930, Manhattan, NY, Binet, Santiago, 05/10/04
04-DEA-436493, $199,959.00 U.S. Currency, Yonkers, NY, Suero-Pena, Tomas, 05/06/04
04-DEA-436496, $2,934.00 U.S. Currency, Bronx, NY, Delgado, Jorge, 05/03/04
04-DEA-436497, $20,990.00 U.S. Currency, Yonkers, NY, Garcia, Fausto, 05/07/04
04-DEA-436504, 2001 Chevy Silverado C1500/Pickup, 1GCEK19V912101880, Yonkers, NY, Suero-Pena, Tomas, 05/06/04
04-DEA-436512, $149,695.00 U.S. Currency, Yonkers, NY, Suero-Pena, Tomas, 05/06/04
04-DEA-436513, $2,625.00 U.S. Currency, Bronx, NY, Torres, Jermel, 04/27/04

EASTERN DISTRICT OF PENNSYLVANIA
04-DEA-435917, Assorted Weapons, VL: $285.00, (1) Sturm, Ruger & Co., Inc., P85 Mark II, semi-automatic 9mm Pistol, Ser No 303-01162; (1) Maverick Arms, Inc. (Mossberg), Model 88, 12 gauge Shotgun, Ser No MV98782D, Philadelphia, PA, Pratts, Luis, 05/04/04
04-DEA-435940, $2,548.00 U.S. Currency, Philadelphia, PA, Pratts, Luis, 05/04/04
MIDDLE DISTRICT OF PENNSYLVANIA
04-DEA-436338, $85,000.00 U.S. Currency, Upper Frankford Turnpike, PA, George, Marc Terrence AKA Ellison, Brian AKA Hawkins, [illegible]
04-DEA-436482, Ruger 22 Caliber Revolver Single Six, Ser No 309533, VL: $1.00, Ritzville, WA, Sidmore, William, 05/12/04
EASTERN DISTRICT OF WISCONSIN
04-DEA-435695, $4,796.60 U.S. Currency, Milwaukee, WI, Ward, Andre, 04/30/04
04-DEA-435734, $40,944.00 U.S. Currency, Milwaukee, WI, Harvester, Kenyounta, 05/04/04
04-DEA-435762, $7,459.00 U.S. Currency, Milwaukee, WI, Robinson, Frank, 05/05/04
04-DEA-435769, 1997 Honda Accord, 1HGCD5667VA091569, Milwaukee, WI, Walker, Rosemary, 05/04/04
04-DEA-435770, $1,033.00 U.S. Currency, Milwaukee, WI, Robinson, Frank, 05/05/04
04-DEA-435793, $5,920.00 U.S. Currency, Milwaukee, WI, Truss Jr, Ray, 05/06/04
04-DEA-436000, $1,068.00 U.S. Currency, Milwaukee, WI, Harris, Clifton, 05/11/04
04-DEA-436120, $46,750.00 U.S. Currency, Oak Creek, WI, Rivera, Maria, 05/12/04
WESTERN DISTRICT OF WISCONSIN
04-DEA-435289, $3,230.00 U.S. Currency, Madison, WI, Jackson, Anna AKA Abad, Anna, 04/22/04
04-DEA-435779, $1,239.00 U.S. Currency, La Crosse, WI, A Juvenile, 05/03/04
04-DEA-435986, $3,059.00 U.S. Currency, Wisconsin Rapids, WI, Murray, Ryan P, 05/10/04
SOUTHERN DISTRICT OF WEST VIRGINIA
04-DEA-435630, $1,815.00 U.S. Currency, Charleston, WV, Wilson, Randolph, 04/19/04
04-DEA-435777, Assorted Weapons, VL: $355.00, (1) Hi Point .40 Caliber semiautomatic Pistol, Ser No 121931; (1) Raven Model MP25 .25 Caliber semiautomatic Pistol, Ser No 1848081; (1) Rexico Model RJ .38 Caliber Revolver, Ser No 093506; (1) Intertec Model Tec-9 9mm semiautomatic Pistol, Ser No 128133, Wheeling, WV, Wilson, Randolph, 04/19/04
04-DEA-435824, Benelli 12 gauge Pump Action Arms Shotgun, Ser No V124472, VL: $300.00, Charleston, WV, Wilson, Randolph, 04/19/04

**THIRD NOTICE**
**LAST DATE TO FILE AUGUST 11, 2004**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

DISTRICT OF ALABAMA
04-DEA-435247, $36,349.00 U.S. Currency, Jemison, AL, Rojas, Candelario Canedo, 04/10/04
DISTRICT OF ARIZONA
04-DEA-435900, 1980 Chevrolet Silverado 1/2 Ton Pick Up Truck, CCL14AJ101111, Patagonia, AZ, Hobson, Roger David AKA Allen, Michael C AKA Hobson, Roger AKA Hobson, David Roger, 04/25/04
04-DEA-436012, Fabrique National 9mm Semi-Auto Handgun with Magazine, Ser No 245PX26865, VL: $260.00, Phoenix, AZ, Rivas-Lopez, Mario, 05/06/04
04-DEA-436025, (2) Assorted Weapons, VL: $240.00, (1) Remington Wingmaster, Model 870 20 gauge Shotgun, Ser No T720722N; (1) Marlin Model 120 .22 Caliber Long Rifle, Ser No 26280672, Phoenix, AZ, Ochoa-Beltran, Maria de Jesus, 05/06/04
04-DEA-436137, 1993 Chevrolet C14 Utility Flatbed Truck, 1GCEC14KXPZ245022, Tucson, AZ, Rodriguez, Jimmy Garcia AKA Rodriguez Jr, Jimmy AKA RodriguezGarcia, Jimmy, 05/02/04
04-DEA-436304, $35,971.00 U.S. Currency, Phoenix, AZ, Evans, Paul Mansfield, 05/02/04
04-DEA-436306, $40,000.00 U.S. Currency, Phoenix, AZ, Scott, Amy L, 05/04/04
04-DEA-436311, $5,281.00 U.S. Currency, Phoenix, AZ, Stewart, Christopher Robert, 04/30/04
04-DEA-436313, $8,440.00 U.S. Currency, Phoenix, AZ, Rogers, Tyrone, 05/04/04
04-DEA-436315, $11,426.00 U.S. Currency, Phoenix, AZ, Reyes, Armando Diaz, 05/06/04
04-DEA-436368, 2003 Cadillac Escalade ESV, 3GYFK66N33G207194, Phoenix, AZ, Suter, Jason, 05/07/04
CENTRAL DISTRICT OF CALIFORNIA
04-DEA-433738, $599,430.00 U.S. Currency, Placentia, CA, Ayala, Javier Hugo Ramirez AKA Martinez, Marco Antonio AKA Cabrera, Mario Castaneda AKA Cabrera, Mario AKA Cabrera, Mario AKA Cabera, Mario B AKA Cabrera, Mario Rene AKA ArcheleCabrea, Mario Rene AKA Archela, Mario Rene AKA ArchilaCabrera, [illegible]

44655731428; 44449053242; 44486659998; 44486659987; 44655731417; 79283726764; 79283726775; 44486659976; 44486659965; 44449053253; 44449053264; 44417486322; 44417486311; 79283726731; 79283726720; 44417486344; 79283726753; 44417486333; 79283726742; 44449053231; (8) Western Union Money Orders, Ser Nos 06-559624804; 06-559624803; 08-145335390; 08-145335387; 08-145335386; 08-145335393; 08-145335392; 06-559624806, Los Angeles, CA, Cruz-Perez, Victor Hugo, 04/28/04
04-DEA-436274, $15,000.00 U.S. Currency, Los [illegible] 04/22/04
04-DEA-435185, $2,425.00 U.S. Currency, LaGrange, GA, Neal, William Keith, 04/22/04
04-DEA-436235, $258,720.00 U.S. Currency, Atlanta, GA, Copher, Latoya, 05/06/04
04-DEA-436287, $12,800.00 U.S. Currency, Chamblee, GA, Gonzalez, Edward Kevin, 05/06/04
SOUTHERN DISTRICT OF GEORGIA
04-DEA-436422, $8,300.00 U.S. Currency, Statesboro, GA, McDonald, Jesse David, 05/08/04
DISTRICT OF HAWAII
04-DEA-434867, $7,745.00 U.S. Currency, Kahului, HI, Castro, Steven V, 06/02/04
NORTHERN DISTRICT OF IOWA
04-DEA-435341, GKK .45 Caliber Model ACP automatic Handgun, Ser No 010259, VL: $50.00, Cedar Rapids, IA, Wilkinson, Robert, 04/14/04
NORTHERN DISTRICT OF ILLINOIS
04-DEA-435364, $99,970.00 U.S. Currency, Chicago, IL, Free, Korey Lynnette, 04/13/04
04-DEA-435401, Family Bank & Trust Company, Savings Account #17009343, VL: $150,159.02, Palos Hills, IL, Mohammad, Fadel and Mohammad, Najah, 04/15/04
04-DEA-435676, Miscellaneous Jewelry in Safe Deposit Box #531, Family Bank & Trust, VL: $143,635.00, Palos Hills, IL, Mohammad, Najah and Mohammad, Osama, 04/15/04
SOUTHERN DISTRICT OF ILLINOIS
04-DEA-435182, $3,350.00 U.S. Currency, Fairmont City, IL, Lopez, Martin, 04/09/04
04-DEA-435190, $2,951.00 U.S. Currency, Fairmont City, IL, Perez, Martin, 04/09/04
04-DEA-435193, 1995 Chevrolet C1500 Pickup Truck, 1GBEC19K7SE279626, Fairmont City, IL, Perez, Martin, 04/09/04
NORTHERN DISTRICT OF INDIANA
04-DEA-435095, $1,452.00 U.S. Currency, Laporte, IN, Aldridge, Keith, 04/08/04
04-DEA-435468, $10,495.00 U.S. Currency, South Bend, IN, Martinez, Jazmin, 04/29/04
04-DEA-435632, $3,866.00 U.S. Currency, Fort Wayne, IN, Ganaway, Aritha, 05/03/04
04-DEA-435638, $1,958.00 U.S. Currency, Fort Wayne, IN, Ganaway, Aritha, 05/03/04
04-DEA-435640, $15,012.00 U.S. Currency, Fort Wayne, IN, Hall, Cindy Carlisle, 05/03/04
04-DEA-435643, $3,357.00 U.S. Currency, Fort Wayne, IN, Hall, Sterling, 05/03/04
SOUTHERN DISTRICT OF INDIANA
04-DEA-435101, $3,000.00 U.S. Currency, Indianapolis, IN, Raber, Wayne, 04/15/04
04-DEA-435309, $39,000.00 U.S. Currency, Anderson, IN, Layne, Dantley, 04/09/04
04-DEA-435315, 2002 Cadillac Escalade, 1GYEK63N42R114571, Anderson, IN, Layne, Dantley, 04/09/04
04-DEA-435475, $8,350.00 U.S. Currency, Frankfort, IN, Vega, Francisco, 04/16/04
DISTRICT OF KANSAS
04-DEA-435392, $2,534.00 U.S. Currency, Wichita, KS, Vargas, Saul E, 04/23/04
DISTRICT OF MASSACHUSETTS
04-DEA-435731, 1995 GMC Yukon, 1GKEK13K9SJ759461, Webster, MA, Rodriguez, Candido, 04/14/04
04-DEA-435737, $2,430.00 U.S. Currency, Northbridge, MA, Cabral, Carlos and Garcia, Elys, 04/15/04
04-DEA-436358, $18,706.00 U.S. Currency, Lynn, MA, Rosales, Jose, 05/01/04
04-DEA-436365, $19,900.00 U.S. Currency, Lynn, MA, Rosales, Jose, 05/01/04
04-DEA-436367, $4,649.00 U.S. Currency, Lynn, MA, Rosales, Jose, 05/01/04
04-DEA-436982, $1,020.00 U.S. Currency, Lynn, MA, Lovos, Armando, 05/01/04
DISTRICT OF MARYLAND
04-DEA-434702, $70,964.00 U.S. Currency, Baltimore, MD, Dunn, Angelarose Michelle, 04/05/04
04-DEA-434703, $3,864.93 U.S. Currency, Baltimore, MD, Warfield, Larry Eugene, 04/05/04
04-DEA-435178, $2,740.00 U.S. Currency, Baltimore, MD, Anderson, William, 04/21/04
04-DEA-435202, $1,171.07 U.S. Currency, Frederick, MD, Vaughan, Kevin Alexander, 04/14/04
04-DEA-435203, 1998 Lincoln Navigator, 5LMFU28L3WLJ06158, Frederick, MD, Vaughan, Kevin Alexander, 04/14/04
04-DEA-435206, $15,500.00 U.S. Currency, Linthicum, MD, Cortez, Alma, 04/23/04
[illegible]

04-DEA-435349, $37,883.00 U.S. Currency, St. Clair, MO, West, Sheila, 04/16/04
04-DEA-435358, 2000 Harley Davidson, 1HD1EVL3YY950405, St. Clair, MO, West, Sheila, 04/16/04
04-DEA-435361, $3,423.00 U.S. Currency, St. Louis, MO, Hernandez, Joaquin Jack, 04/20/04
04-DEA-435914, $1,673.00 U.S. Currency, O'Fallon, MO, Simmons, Cornelia Ramsia, 04/30/04
WESTERN DISTRICT OF MISSOURI
04-DEA-435441, $19,148.00 U.S. Currency, Cabool, MO, Jacks, Jerry L, 04/22/04 [illegible] Eric, 04/21/04
04-DEA-435516, $8,409.00 U.S. Currency, Queens, NY, Calderon, Luis Martin AKA Mejia-Hernandez, Amable Del Cristo, 04/15/04
04-DEA-435836, $69,960.00 U.S. Currency, Brooklyn, NY, Unidentified, 04/23/04
04-DEA-435846, $2,051.00 U.S. Currency, Staten Island, NY, Land, Charles, 04/27/04
04-DEA-436071, $15,820.00 U.S. Currency, Fresh Meadows, NY, Andrade-Pastor, Jose, 05/01/04
04-DEA-436227, $50,000.00 U.S. Currency, Jamaica, NY, Wang, Michael, 04/29/04
NORTHERN DISTRICT OF NEW YORK
04-DEA-434982, $7,126.00 U.S. Currency, Syracuse, NY, Murray, Christopher D, 04/16/04
04-DEA-435439, $3,875.51 U.S. Currency, Town of Ulysses, NY, Wright, Peter B, 04/19/04
04-DEA-435636, $1,993.00 U.S. Currency, Syracuse, NY, Mobley, Darrell W, 04/30/04
04-DEA-435647, 2000 Chevrolet Impala, 2G1WF55K2Y9345377, Syracuse, NY, Easton, Nicole, 04/30/04
04-DEA-436039, $1,115.00 U.S. Currency, Highland, NY, McGlynn, Patrick, 05/05/04
04-DEA-436047, 2002 Nissan Maxima, JN1DA31D02T438877, Moreau, NY, King, Adam Matthew, 05/04/04
04-DEA-436113, Drug Paraphernalia (Pipes & Bongs), VL: $1.00, Potsdam, NY, The Wild Rose, 05/08/04
04-DEA-436119, Drug Paraphernalia (Pipes and Bongs), VL: $1.00, Potsdam, NY, Happy Daze, 05/08/04
SOUTHERN DISTRICT OF NEW YORK
04-DEA-435244, 1998 BMW 318, WBACG8321WKC84336, Cortlandt, NY, Barnes, Khalid, 04/10/04
04-DEA-435888, $1,271.00 U.S. Currency, New York, NY, Delvalle, Gladys, 04/19/04
04-DEA-435909, $1,002.00 U.S. Currency, Middletown, NY, Encarnacion, Richard Isaac, 04/23/04
04-DEA-436165, $5,165.00 U.S. Currency, Newburgh, NY, Cole, Ian Darcy, 04/27/04
04-DEA-436222, $8,630.00 U.S. Currency, Bronx, NY, Christian, Clyde, 04/28/04
04-DEA-436229, $11,480.00 U.S. Currency, New York, NY, Townsend, Alexander, 04/23/04
04-DEA-436380, $404,455.00 U.S. Currency, New York, NY, McBee, John Mark, 05/07/04
04-DEA-436421, $128,170.00 U.S. Currency, New York, NY, Sims, Eric K and McBee, John Mark, 05/07/04
04-DEA-436511, $299,025.00 U.S. Currency, Bronx, NY, Gant, Charles, 04/09/04
04-DEA-436553, $1,462.00 U.S. Currency, Bronx, NY, Gant, Charles, 04/09/04
04-DEA-436559, $200,000.00 U.S. Currency, Mt. Vernon, NY, Gant, Dawn, 04/12/04
*04-DEA-436586, $12,000.00 U.S. Currency,* Bronx, NY, Walters, Danielle, 04/09/04
04-DEA-436595, $81,410.00 U.S. Currency, Mt. Vernon, NY, Swain, Travis, 04/09/04
04-DEA-436675, $2,404.00 U.S. Currency, Bronx, NY, Gant, Charles, 04/09/04
WESTERN DISTRICT OF NEW YORK
04-DEA-435511, $2,000.00 U.S. Currency, Rochester, NY, Lara, Miguel, 04/22/04
04-DEA-435517, $1,404.00 U.S. Currency, Rochester, NY, Lara, Gladys, 04/22/04
04-DEA-436001, $7,799.00 U.S. Currency, Findley Lake, NY, Fritz, Robert M, 05/06/04
NORTHERN DISTRICT OF OHIO
04-DEA-433183, $5,583.00 U.S. Currency, Youngstown, OH, Unidentified, 03/10/04
DISTRICT OF OREGON
04-DEA-436199, $2,500.00 U.S. Currency, Springfield, OR, Alvarez-Briseno, Martha, 05/06/04
04-DEA-436310, 2003 Mercedes Benz CLK320, WDBTJ65JX3F009948, Portland, OR, Somsanith, Vilasak and Vongnath, Cindy, 05/06/04
04-DEA-436318, Rolex Oyster Watch & Diamond Ring, VL: $7,535.00, (1) Mens Rolex Oyster Perpetual Watch Black Dial Style R1623333GB6252, Ser No P925845; (1) 14Kt Diamond Ladies Engagement Ring, Portland, OR, Somsanith, Vilasak and Vongnath, Cindy, 05/06/04
04-DEA-436323, 1998 Chevrolet Tahoe, 1GNEK13R4WJ309156, Springfield, OR, Alvarez-Briseno, Martha, 05/06/04
DISTRICT OF SOUTH CAROLINA
04-DEA-434738, $21,760.00 U.S. Currency, Inman, SC, Brooks, Ronald and Lopez Moreno [illegible]

TX, Vela, Julio Cesar, 04/05/04
04-DEA-434829, $2,625.00 U.S. Currency, Houston, TX, Osuan, James, 04/05/04
04-DEA-434894, 1995 Chevrolet Lumina, 2G1WN52M1S1165936, Houston, TX, Guerrero, Luis Alberto, 04/08/04
04-DEA-435495, 2004 Parker Trailer, 13ZMP202141001825, Falfurrias, TX, Canales, Gerardo, 04/22/04
04-DEA-435552, 1993 Plymouth Villager, 4M2DV11W1PDJ71977, Falfurrias, TX, Rodriguez, Alicia Ann, 04/27/04
04-DEA-435553, $1,776.00 U.S. Currency [illegible]
Vixen Custom Tripod, Ser No 80S1259; (1) Ferris walk behind mower with Kawasaki FC420V Engine, Ser No FC4020V17074; (1) Black Leather Wing Back Chair; (1) Kenmore Elite Stainless Steel Grill infrared and broiler; (1) Bauhaus Furniture Set includes sofa, loveseat and chaise lounge; (1) Orion Binocular/Telescope BT80M-A in Vixen case, Ser No 930K0995; (1) Dark Green leather sofa, "Emerson"; (1) Furniture Set, Sage Green incl 2pc sofa, 2pc chaise lounge & 1 loveseat, suede upholstery Natuzzi; (1) Black leather Loveseat, Pillow arms; (2) Red leather Loveseats; (1) 1992 Sanyo Pro-Ponet MTS Stereo/DBX 27" TV model AVM2752, Ser No V2450475021677; (1) 1991 Sony Trinitron 32" TV Model KV-32TS35, Ser No 7009454; (1) 2001 Hitachi Ultravision digital HD 61" TV model 61SWX10B, Ser No VIH000765; (1) Onyko AV Receiver TX-DS696, Ser No 11X1021597A; (1) AMW-M270 Portable DVD/CD/MP3 with case; (4) B&W DM-603S2 Speakers, 150w/80 ohm; (1) B&W AS-W500 Subwoofer Speaker, 100w, Ser No 0022337; (1) Denon TU-1500RD AM/FM Tuner, Ser No A541FB13992; (1) ADCOM GFA 5408 Stereo Power Amplifier, Ser No A541FB13992; (1) Bose Wave Radio/CD, Ser No 023075C03190305A; (1) Bose Speaker System Acoustimass 3 Series 2, Ser No 39337; (1) Audio Acess PX-612 Audio Amplifier, Ser No 62105200; (1) Sensory Science Dual VHS Deck, Ser No 147212070138; (1) 1999 JVC CD auto Player/Changer, 150 disc Model XLMC334BK, Ser No 134X1686; (1) Go Video Dual Model 4060; (1) 2000 Onkyo DVD/CD changer 5 disc model DV-C601, Sar No 3073021357; (1) ADCOM GFA5300 Stereo Power Amplifier, Ser No A531FB11054; (1) ADCOM ACE-315 AC Enhancer, Ser No ACE31502680; (1) Bag of Miscellaneous Cables and Remotes; (14) B&W CC6S2 Speakers 120w/8 ohm, Ser No 0105410; (1) 2003 Audio Accesa PX-600 Multiroom Precamp/Controller, Ser No 102912; (1) Niles SVL-1 Speaker Level Volume Control, Ser No 0533B00U502009001; (4) B&W LM-7 Speakers, 100w/8 ohm, West Addison, VT, Langford III, Ronald J, 04/14/04
04-DEA-436613, Precor EFX546 Elliptical Machine, Ser No 4HF29M0067, VL: $2,000.00, West Addison, VT, Langford III, Ronald J, 04/14/04
EASTERN DISTRICT OF WISCONSIN
04-DEA-435241, $1,775.00 U.S. Currency, Green Bay, WI, Crenshaw, Charles, 04/26/04
04-DEA-435300, $1,703.00 U.S. Currency, Milwaukee, WI, Brown, Tracer, 04/26/04
04-DEA-435471, 1999 Plymouth Voyager Van, 2P4GP44G5XR318944, Kenosha, WI, Alvarez-Rodriguez, Ramiro, 04/28/04
04-DEA-435704, $3,822.00 U.S. Currency, Green Bay, WI, Olejniczak, Jared A, 05/03/04
04-DEA-435725, $18,916.00 U.S. Currency, Milwaukee, WI, Ramirez, Rafael, 05/04/04
04-DEA-435750, $1,930.00 U.S. Currency, Appleton, WI, Holton, Melvyn D, 05/03/04
04-DEA-436284, $14,763.00 U.S. Currency, Milwaukee, WI, Spears, Johnny, 05/13/04
WESTERN DISTRICT OF WISCONSIN
04-DEA-435711, $3,000.00 U.S. Currency, St. Croix, WI, Wilson, Nakia J, 05/04/04
04-DEA-435716, 2002 Chevrolet Trailblazer, 1GNDT13S522154763, Genoa, WI, Filyaw, Troy J, 05/04/04
04-DEA-435727, $1,252.00 U.S. Currency, Osceola, WI, Jacobson, Joey, 05/05/04
NORTHERN DISTRICT OF WEST VIRGINIA
04-DEA-435208, 1994 Ford Mustang, 1FALP42T6RF127102, Wheeling, WV, Norman Jr, Paul Edward, 04/13/04
04-DEA-435558, $409.25 U.S. Currency, Wheeling, WV, Black, Becky Jo and Norman Jr, Paul Edward, 04/13/04
04-DEA-435639, $10,000.00 U.S. Currency, Wheeling, WV, Frangos, Briann, 04/13/04
04-DEA-435656, $3,220.00 U.S. Currency, Wheeling, WV, Black, Becky Jo, 04/13/04
04-DEA-435691, $3,856.00 U.S. Currency, Moundsville, WV, Clark Jr, Robert Lee, 04/13/04
04-DEA-435694, 1998 Gold Chrysler Concorde, 2C3HD46J2WH183618, Wheeling, WV, Norman Jr, Paul Edward, 04/13/04
04-DEA-435709, 1988 Terry Camping Trailer, 1EA1G2622J1449554, Wheeling, WV, Norman Jr, Paul Edward, 04/13/04
04-DEA-435729, 1998 Maroon Ford Expedition [illegible]



U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| | |
|---|---|
| **Asset Id:** | 04-DEA-435737 |
| **Case Number:** | CU-03-0011 |
| **Property:** | $2,430.00 U.S. Currency |
| **Asset Value:** | $2,430.00 |
| **Seizure Date:** | 04/15/04 |
| **Seizure Place:** | Northbridge, MA |
| **Owner Name:** | Cabral, Carlos |
| **Seized From:** | Garcia, Carlos Cabral and Elys |
| **Judicial District:** | District of Massachusetts |

Elys Garcia, Prisoner ID No. A90502
MCI - Framingham
P.O. Box 9007
Framingham, MA 01704

**NOTICE MAILING DATE:** October 22, 2004

**NOTICE OF SEIZURE**

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

**TO REQUEST REMISSION OR MITIGATION OF FORFEITURE**

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

**TO CONTEST THE FORFEITURE**

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **November 26, 2004**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

**WHERE TO FILE CORRESPONDENCE**

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

GOVERNMENT EXHIBIT 12




U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

7003 0500 0004 7192 6435

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. K. Dillard

1. Article Addressed to: CU

Asset ID: 04-DEA-435737
Elys Garcia,
Prisoner ID No. A90502
MCI - Framingham
P.O. Box 9007
Framingham, MA 01704

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery OCT 27 2004

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7003 0500 0004 7192 6435

74

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

GOVERNMENT EXHIBIT 13

 

U. S. Department of Justice
Drug Enforcement Administration

Asset ID: 04-DEA-435737 Case #: CU-03-0011
Asset Description: $2,430.00 U.S. Currency

Seizure Date: 04/15/04 Seizure Value: $2430.00
Seizure Place: Northbridge, MA
Owner Name: Carlos Cabral
Seized From: Carlos Cabral and Elys Garcia
Judicial District: District of Massachusetts

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

C R Pomares

Carmen R. Pomares, Senior Attorney
Asset Forfeiture Section

December 20 2004
Date

GOVERNMENT EXHIBIT
14

 

**Asset ID:** 04-DEA-435737 **Case #:** CU-03-0011
**Asset Description:** $2,430.00 U.S. Currency

**Seizure Date:** 04/15/04 **Seizure Value:** $2430.00
**Seizure Place:** Northbridge, MA
**Owner Name:** Carlos Cabral
**Seized From:** Carlos Cabral and Elys Garcia
**Judicial District:** District of Massachusetts

cc: DO: BOSTON
RO: SPRINGFIELD
USMS: BOSTON

**DEA.294 (JAN. 01)** By: M. JOHNSON Ad Code #: 772