IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WORCESTER
WORCESTER COUNTY
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ! | |
| Plaintiff, | ! | |
| | ! | |
| v. | ! | CASE No. 4:04CR.40012-001-FD |
| | ! | |
| CARLOS CABRAL | ! | |
| Defendant. | ! | |
| | ! | |

### MOTION REQUESTING SENTENCING HEARING TRANSCRIPTS WITHOUT PREPAIMENT OF FEES OR COSTS

**TO THE HONORABLE COURT,**

**COMES NOW,** petitioner CARLOS CABRAL, Pro-Se and respectfully moves this Honorable Court to direct the clerk of the Court to provide the petitioner copies of the Sentencing hearing transcripts without prepayment of fees or cost, in support of this motion the petitioner states as follows:

The petitioner is a Federal Prisoner, proceeding Pro-Se and currently incarcerated at North Eastern Ohio Correction Center, the petitioner is without sufficient funds to pay the costs for those copies of the Sentencing Transcripts, the petitioner is an indigent prisoner and without meaningful income.

**WHEREFORE,** The petitioner, CARLOS CABRAL, being in Federal Custody indigent and proceeding Pro-Se, respectfully request that this Honorable Court Grant this motion and direct the Clerk of the Court to provide to the petitioner copy of the sentencing transcripts without prepayment of fees or costs.

Submitted this the 12th of September 2006.

Respectfully

*C. Cabral*

Carlos Cabral
Reg # 80428-038
N.E.O.C.C. D.1. 112
2240 Hubbard Rd.
Youngstown, OH. 44505