UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CARLOS CABRAL

DOCKET No. 04 CR 40012 FDS

**MOTION FOR APPOINTMENT OF COUNSEL**

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, Defendant Carlos Cabral has moved that this Court appoint counsel to represent him nunc pro tunc, for the purpose of determining whether he is eligible for a reduction in sentence as result of the actions of the Sentencing Commission reducing the crack cocaine Guidelines.

Undersigned counsel represented Mr. Cabral at his sentencing, by appointment under the Criminal Justice Act.

Counsel respectfully requests that he be appointed to represent Mr. Cabral in his motion for a reduced sentence.

                    Respectfully submitted,
                    Carlos Cabral
                    By his Attorney

Date: May 14, 2008

                    */s/ Raymond A. O'Hara*
                    Raymond A. O'Hara
                    1 Exchange Place
                    Worcester, MA 01608
                    MA Bar 546366
                    508 831-7551

CERTIFICATE OF SERVICE

I, Raymond A. O'Hara, counsel for the defendant, do hereby certify that this document was sent by ECF filing to all counsel of record on May 14, 2008
                    */s/Raymond A. O'Hara*
                    Counsel for the Defendant

Date: May 14, 2008

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.